Andrew T. Ryan, Esq. (SBN 227700)
Ryan Law, PLC
1901 Avenue of the Stars | 2nd Floor
Century City, CA 90067
T: (310) 957-2093
F: (310) 496-1435
E: andrew.ryan@theryanlawgroup.com
*Law Firm / Local Lawyer for Plaintiffs*

United States District Court
Central District of California

| | |
|---|---|
| Stephanie Counts; *and* Shari Gold <br> **Plaintiffs** <br> v. | No.: TBD |
| Elizabeth Meriwether; <br> Elizabeth Meriwether Pictures; <br> William Morris Endeavor Entertainment, LLC; <br> Peter Chernin; <br> The Chernin Group, LLC; <br> *Parent company of* <br> Chernin Entertainment, LLC; <br> Twenty-First Century Fox, Inc.; <br> *Parent company of* <br> Fox Entertainment Group, Inc.; <br> *Parent company of* <br> Twentieth Century Fox Film Corporation; <br> *Parent company of* <br> Twentieth Century Fox Television, Inc.; <br> Twentieth Television, Inc.; <br> Twentieth Century Fox Int'l Television, Inc.; <br> Twentieth Century Fox Home Entertainment, LLC; <br> Fox Network Group, Inc.; <br> *Parent company of* <br> Fox Broadcasting Company; <br> Fox Television Stations, Inc.; <br> Fox Digital Media; <br> Fox International Channels, Inc.; <br> Jacob Kasdan; <br> American Nitwits <br> **Defendants** | Copyright Infringement <br><br><br><br><br><br><br><br><br><br><br><br><br> *Jury Trial Demanded* |

# Plaintiffs' Complaint
# Copyright Infringement & Related Claims

1    Plaintiffs, Stephanie Counts and Shari Gold, bring this suit against Defendants

2    and state the following:

3                           # Preamble

4    1.    Plaintiffs Stephanie Counts and Shari Gold are a professional

5    screenwriting duo who wrote a television pilot script in 2006 titled *Square One*. The

6    subject of the script was Stephanie's real-life experience when she discovered her

7    husband was having an affair, leading her to move into a three-man bachelor pad. As

8    quirky and young Stephanie went through this embarrassing break up and difficult

9    transitional phase in her life, she kept track of her experiences and the hilarious antics of

10   her three male roommates—all of which she shared with her friends.

11   2.    Stephanie and Shari decided to develop and adapt these experiences into

12   *Square One* after Stephanie realized the positive effect the three roommates had on her

13   life as she went through her divorce. As a result, the initial pilot script written by

14   Stephanie Counts and Shari Gold in 2006 was called *Enter Divorce Rehab,* the first episode

15   in an ensemble-type television series named *Square One.*

16   3.    From 2006 to 2011, Stephanie and Shari dedicated a tremendous amount

17   of time, energy, and money getting *Square One* to agencies, production companies, and

18   talent, including contracting with an independent producer in 2006 to facilitate these

1    efforts. *Square One* was reviewed by numerous talent agencies as a result, including the

2    Endeavor agency.[1]

3        4.    Stephanie and Shari were stunned in February 2011 when they learned that

4    defendant Elizabeth Meriwether, represented by defendant William Morris Endeavor

5    ("WME"), had authored a television show provisionally titled "Chicks and Dicks"—

6    later called *New Girl*—that contained similarities to *Square One* so numerous and specific

7    that independent creation was obviously impossible. It was apparent to Counts and Gold

8    that *New Girl* was nothing more than a slavish copy of *Square One,* as is demonstrated

9    below**.**

10        5.    In Fall 2011, the Fox Defendants, prmiered the television show *New Girl*,

11    starring Zooey Deschanel, allegedly written and created by defendant Meriwether. The

12    show revolves around a quirky young woman's embarrassing break up and her move into

13    a three-man bachelor pad. The show was an immediate hit in the key 18–49 demographic.

14        6.    Defendant Meriwether implausibly maintains that she created *New Girl*

15    herself and that she never saw any version of *Square One* before writing the *Chicks and*

16    *Dicks* script. However, any person familiar with the Fox Defendants' comedies, if given a

17    simple description of *Square One*, would immediately be able to identify the show as *New*

18    *Girl*.

---

[1]    William Morris Endeavor is the fourth largest talent agency in the world. Endeavor merged with the William Morris Agency in April 2009 to become defendant William Morris Endeavor.

7.    A partial list of similarities between *Square One*—written well before *New Girl*—and defendant Meriwether's allegedly original work illustrates the folly of maintaining that the two works were independently created:

- both **protagonists are awkward, quirky women** around the age of thirty;
- the catalyst in each plot which commence each story line is are humiliating break ups;
- each humiliating break ups occur after the **protagonist discovers infidelity**;
- the name of the protagonist's unfaithful beau in each work is **Spencer**;
- the plot of both works revolves around the protagonist **moving in with three guys**;
- both break ups involve **humiliating strip teases by the protagonist**;
- in each work there is a **cynical roommate who is a bartender**;
- the cynical roommate and protagonist in each work **become love interests**;
- the three new guy roommates in each work have **identical personality traits**;
- roommates in each work act out their idiosyncrasies in identical ways;
- the insecure roommate in each work poses in a hyper-masculine way;
- **the best friend in each work is named "CeCe" or has the initials "C.C."**;
- both protagonists are given a new look by a sexually confident female friend;
- in each work the cynical bartender is taken with her new look;
- the protagonists are both sexually inexperienced; and
- the protagonist's boss in each script is dowdy and overly controlling.

8.    The foregoing is by no means a comprehensive list of similarities between the two works. Please refer to paragraphs 19–26, and Appendix A, for a more complete breakdown, including charts for easy comparison which illustrate key plot devices, character complexities and the idiosyncratic inter-personal relationships between the personalities present in both works.

9.     Stephanie and Shari repeatedly sent solicited copies of *Square One* to agents and partners at defendant talent agency WME from 2007 to 2010. WME performed coverage of the script and communicated with Stephanie, Shari, and their agent about the work multiple times. During this time, both defendant Meriwether and defendant Peter Chernin, the show's executive producer, were repped by WME.

10.    Defendant Peter Chernin is an entertainment industry power player who was president of News Corporation and ran the Fox Defendants up until 2009. Peter Chernin's lucrative severance package required that the Fox Defendants green light and purchase Chernin's television shows. As part of defendant WME's representation of Chernin, WME provided and Chernin pumped WME for scripts and show ideas for development on a priority basis.

11.    Upon considering the overwhelming and strikingly similar plot development and character parallels between *New Girl*, allegedly created and written by defendant Meriwether, and *Square One,* created and written by plaintiffs Stephanie and Shari years before *New Girl*—and the ample access Defendants had to view Plaintiffs' work—it is apparent there is ***no possibility*** the similarities are the product of mere coincidence. Defendants had **access to** and **copied** Plaintiffs' protected expression in what amounts to theft of Stephanie and Shari's creation.

12.    Plaintiffs immediately retained counsel in 2011 and informed the Fox Defendants of the infringing use of *Square One*. Plaintiffs' then attorneys, after agreeing to take Plaintiffs' money, told Plaintiffs that their law firm represented the executive

1   producer and director of *New Girl*—defendant Jacob Kasdan—but that it was okay for

2   their firm to represent Plaintiffs as well, but just so long as Plaintiffs refrained from suing

3   Kasdan. The Fox Defendants offered Plaintiffs a paltry $10,000 to settle their claim,

4   which Plaintiffs' then attorneys advised them to take. Plaintiffs declined the offer, and

5   sought new, unconflicted counsel.

6       13.    To date Stephanie and Shari have not been properly credited as the

7   creators and writers of *New Girl*, originally known as *Square One,* nor have they received

8   compensation for the use of their work.

9       14.    This is a copyright infringement action filed by Stephanie Counts and

10   Shari Gold to protect their original expression embodied in *Square One* as an original work

11   of art under the legal causes of action of Direct Copyright Infringement, Contributory

12   Copyright Infringement, Vicarious Copyright Infringement, Equitable Relief – Right of

13   Attribution, and other related causes of action.

14                                          *****

# Commercial Success of New Girl

15.     *New Girl* was an immediate hit drawing huge ratings with key demographics.

16.     The series premiere of *New Girl* in 2011 drew a 4.8 rating/12 share in the 18–49 demographic. The show averaged 10.1 million viewers during the premiere and received the highest rating of any live-action Fox comedy premiere since *Bernie Mac* **in 2001.**[2]  It was listed as one of the most exciting new series at the 1st Critics' Choice Television Awards in 2011, and in 2012 received several Emmy nominations.

17.     The show averaged 6.4 million viewers in its second season propelling it to third in the 18–34 demographic, and first with young women.[3] The third season of *New Girl* currently receives the highest rating in the 18–49 demographic for the 9 p.m., Tuesday slot. The show is widely viewed as the "foundation for Fox's comedy brand."[4]

18.     *New Girl* was recently selected for a coveted slot to air directly after Super Bowl XLVIII.

\*\*\*\*\*

---

[2]     Nellie Andreeva, "Ratings Rat Race: 'New Girl' Opens Big, Tops Night, 'Unforgettable' Debut Solid," Deadline Hollywood (Sept. 21, 2011), http://www.deadline.com/2011/09/ratings-rat-race-new-girl-opens-big-tops-night-unforgettable-debut-solid/

[3]     Noreen Malone, "Not That Type of Girl," The New Republic (May 10, 2013), http://www.newrepublic.com/article/113170/liz-meriwether-new-girl-creator-anti-lena-dunham

[4]     "50 Power Showrunners," Hollywood Reporter (Oct. 16, 2013), http://www.hollywoodreporter.com/lists/liz-meriwether-  brett-baer-david-648577

## SIMILARITIES BETWEEN
## *SQUARE ONE* AND *NEW GIRL*

19.    *Square One,* when compared to the series *New Girl*, contains so many striking similarities that the independent genesis of these two works is impossible.

20.    Defendant Meriwether denies ever having seen or heard about *Square One* before writing *Chicks and Dicks,* later called *New Girl.*

21.    The similarities between the shows' themes, structure, setting, overall story and plot arcs, specific plot devices, interpersonal twists, dialogue, sequence of events, tenor, specific scenes and elements of scenes, character identities, character personalities, character relationships, character interaction, character development, character idiosyncrasies, and character names require the conclusion that defendant Meriwether not only knew of *Square One,* but copied *Square One* to create *New Girl.*

22.    Furthermore, the similarities between the works are so great that any reasonable person must conclude that Plaintiffs' protected expression was misappropriated by Defendants, especially Meriwether.

23.    It is important to note that the similarities between the shows are broad in that the overall themes and plot arcs parallel each other closely, and also specific in that the plots are advanced by highly similar character interactions, personalities, relationships, and dialogue.

1    24.    The structure, plot, and overall theme of both shows focuses on a female

2    protagonist who feels lost due to a traumatic break up and ends up relying on an ensemble

3    cast of three male roommates, and her best friend, to start a new life.

4    25.    This is a very specific, uncommon format around which to craft a show

5    and the use of it alone should instill significant doubt in any reasonable observer that *New*

6    *Girl* is solely a product of defendant Meriwether's own creativity; she further implausibly

7    asserts *New Girl* was conceived, written, and delivered in only a few months.

8    26.    The point of both works is that each character is directly altered because

9    of their newly formed relationships, **as happened in Stephanie's own life**. This is not

10   only an authentic portrayal of young men and women struggling in relationships, and with

11   their own insecurities, but also allows for multiple story lines, hilarious banter, and

12   juxtaposition of the sexes. It is in these situations, which develop the plot and the unique

13   characters in each work, that numerous, specific similarities between Plaintiffs' script and

14   Meriwether's show become apparent.

15                                       *****

1          27.     This is an inexhaustive comparison of the similarities between the works:

| New Girl | Square One |
|---|---|
| First scene of show begins with main character, Jess, talking to her best friend on the phone. | First scene of movie version of script begins with main character, Greer, leaving a message for her best friend. |
| Jess then discovers her boyfriend's infidelity. | TV version of script begins with Greer discovering her husband's infidelity. |
| Flashback and voice overs are used to recall Jess's discovery of boyfriend's infidelity. | Flashback and voice overs are used to recall Greer's discovery of husband's infidelity. |
| Jess is doing an embarrassing, out-of-character strip tease when she finds her boyfriend with another lover. | Greer does an embarrassing, completely uncharacteristic strip tease shortly after figuring out her husband is cheating on her. |
| **Jess's boyfriend's name is Spencer** – he is passive aggressive and a long-haired, hippie-ish person. | **Greer's husband's name is Spencer** – he is passive and condescending toward her and is a Southern-gentleman type. |
| Jess is in her late 20s. She is quirky and dorky, sings to herself a lot. She lives in LA. | Greer is in her early 30s. A little quirky, she is like a fish out of water in the southern environment where the script is set. |
| Jess's childhood best friend, **CeCe**, is beautiful, confident, and worldly. | Catherine "Cat" Cook (**initials "C.C."**) is Greer's childhood best friend. She is confident and a married mother of two. |
| Following her break up, Jess starts a new life by **moving in** with **three male roommates** she finds on Craigslist. | During her divorce, Greer starts her new life by **moving into a three-guy bachelor pad** with her brother's friends. |
| The guys had a roommate move out about a month before Jess applies and need a new person to fill the slot immediately. | The guys had a roommate move out about a month before Greer shows up and need a new roommate as soon as possible. |
| Jess goes through a mourning phase, binging on junk food. | Greer goes through a mourning phase, binging on junk food. |
| Nick, a roommate, is cynical and lacks motivation. He recently quit law school, got dumped by his girlfriend, and is a bartender. Nick is the roommate who has sexual chemistry with Jess. | Ben, a roommate, is cynical and lacks motivation. He recently quit a career as a NASCAR driver, dumps his pseudo-girlfriend during the plot, and is a bartender. Ben is the roommate who has sexual chemistry with Greer. |
| Nick and Jess push each other's buttons but listen to one another seriously. Jess tries to get Nick to care about life again. | Ben and Greer push each other but take each other's advice seriously. Greer tries to get Ben to care about life again. |
| CeCe thinks that Nick likes Jess and points it out to Jess, who denies it. | Cat thinks that Ben likes Greer, but Greer denies it when Cat tells her. |
| * SEE APPENDIX A FOR A MORE COMPLETE COMPARISON. * ||

2

1    28.    Any differences between the scripts are so small and insignificant that they

2    cannot be afforded copyright protection, and are, in fact, nothing more than transparent

3    attempts to hide Defendants' blatant plagiarism. These differences are more akin to

4    eraser marks or ink blots on Stephanie and Shari's creation and cannot be treated as

5    original expression.

6                                    *****

**PLAINTIFFS
STEPHANIE COUNTS AND SHARI GOLD**

29.     Plaintiff Stephanie Counts Skinner ("Stephanie" or "Counts") is an individual who resides in and is domiciled in Athens-Clarke County, Georgia and is also a citizen of the state of Georgia. Her address is 560 Riverview Road, Athens, GA 30606. Counts is an active screenwriter who has written several television pilots and feature length scripts. She is married and has a daughter.

30.     Plaintiff Shari Gold ("Shari" or "Gold") is an individual who resides in and is domiciled in Los Angeles, CA and is a citizen of the state of California. Her address is 5888 West 74th Street, Los Angeles, CA 90045. Gold is a screenwriter who has written several television pilots and feature length scripts, and currently works as a Registered Nurse in Los Angeles where she lives with her husband and two daughters.

31.     Stephanie met Shari at the University of Georgia during their freshmen year in 1989, where they became fast friends due to their common major and interest in journalism. Following their graduation, Stephanie and Shari moved to Los Angeles, California in 1994 to pursue careers in screenwriting, where they helped each other to obtain jobs and work in the entertainment industry. Stephanie and Shari's relationship was so close that they each attended and participated in the other's wedding. When Stephanie's marriage disintegrated in 2003, Shari helped her move into the bachelor pad central to the plot of *Square One* and *New Girl*, which was shared by her brother's three friends.

1       32.     Stephanie and Shari's bond strengthened during this time as they worked

2    diligently to establish themselves in the extremely competitive and cut-throat

3    entertainment industry. They worked with talent agencies, film directors, feature film

4    studios, and consumer trade publications in an effort to hone their skills as writers.

5       33.     The script *Square One* was authored by Stephanie Counts along with her

6    writing partner Shari Gold. Stephanie Counts and Shari Gold have registered *Square One*

7    with the Copyright Office and have submitted the deposit requirements pursuant to the

8    Copyright Act. Registration Number: Pau 3-699-700. Effective date of registration:

9    December 23, 2013. Year of Completion: 2009. This copyright registration for *Square One*

10   was inclusive of all versions, identified as follows:

11          ▪  *Square One (2006);*

12          ▪  *Square One (2007);*

13          ▪  *Square One (2008); and*

14          ▪  *Square One (2009).*

15                          *****

# CREATION AND SUMMARY OF SQUARE ONE

34.     After the breakup of her marriage in 2003, Stephanie needed to leave the apartment she shared with her soon-to-be ex-husband. Her brother, a stuntman in the film business, mentioned that two of his friends Stephanie already knew were looking for a new roommate. After meeting the other roommate Stephanie hit it off with the outrageously funny trio and decided to move into their bachelor pad in Culver City, California.

35.     Stephanie kept track of the funny quotes and ridiculous stories that came from living with three younger guy roommates. Stephanie shared these quotes, stories, and anecdotes with her friends, including Shari, all of whom loved the material.

36.     Stephanie's three roommates were the inspiration for the *Square One* characters below:

- **Ben** - Cynical, yet tender-hearted, intuitive, and protective.
- **JC** - Quick-witted, but a commitment-phobe.
- **Keegan** - Sarcastic, prankster, inflates his masculinity to be funny.

37.     Stephanie joked with Shari that even though she was going through a difficult divorce, living with her three guy roommates was the best "divorce rehab" ever. Stephanie and Shari decided to develop this material into a script. The first draft was finished in 2006 and was titled "Enter Divorce Rehab," which was the pilot episode of a series they later named *Square One*.

38.     *Square One* is a comedy that revolves around "Greer," a quirky and awkward young woman who recently discovered that her husband, "Spencer," has been cheating on her.

39.     Greer goes through an embarrassing breakup with her husband Spencer and finds herself living in a quintessential bachelor pad with her younger brother's three friends.

40.     The friends are determined to help her overcome her awkwardness and get her back on the market.

41.     Greer relies on the advice of her best friend Catherine, known as "Cat," a fiery brunette who helps Greer navigate her way through her new life. This character is a merger of Plaintiffs' good friend, Catherine Cook, and Shari Gold herself.

42.     *Square One* takes a comedic look at love and modern relationships through Greer's experiences with her new roommates.

43.     The characters used include:

- **Greer** – the protagonist; a quirky girl going through a divorce.
- **Spencer** – Greer's ex-husband; condescending and hard-to-please.
- **Ben** – roommate, cynical bartender who has given up on life; likes Greer.
- **JC** – roommate; clean cut ladies' man afraid of a relationship.
- **Keegan** – roommate; loveable narcissist who acts masculine for comedy.
- **Cat** – Greer's best friend; confident brunette.
- **Pam** – Ben's psuedo girlfriend; sexually uninhibited, befriends Greer.
- **Eleanor** – Greer's dowdy boss.
- **Dusty** – Greer's fling.

*****

## STEPHANIE AND SHARI SHOP VERSIONS OF
## *SQUARE ONE* TO ENTERTAINMENT INDUSTRY

44.     Stephanie and Shari complete the first draft of a TV pilot called *Square One* in mid-2006.

45.     Stephanie then connects with Los Angeles-based independent producer Holly Harter ("Harter"). Harter reads the draft and agrees to work on the project.

46.     Harter convinces Stephanie and Shari that *Square One* might be better received as a movie, and from June 2006 to July 2007 Stephanie and Shari rewrite and redevelop *Square One* from a TV pilot into a feature-length screenplay.

47.     Stephanie, Shari, and Harter shop the script to numerous agents, productions companies, and talent in 2007 and 2008.

48.     On May 14, 2008, Stephanie tells actors that expressed interest in the script that Harter got *Square One* to "one of the partners at Endeavor so that's moving along and we're hoping they'll want to package."

49.     On June 26, 2008, Harter emails Stephanie that she has sent a solicited copy of *Square One* to Adam Venit ("Venit"), Partner/Talent Agent at Endeavor[5], who is a member of the Board of Directors.

_____

[5] Endeavor merged with the William Morris Agency in April 2009 to become defendant William Morris Endeavor. William Morris Endeavor is the fourth largest talent agency in the world.

50.    On September 18, 2008, Harter tells Stephanie and Shari that she has been introduced by Venit to David Karp ("Karp"), a motion picture literary agent at Endeavor.

51.    Harter says she is trading calls with Karp and thought he would be helpful getting *Square One* to director Michael Lehman ("Lehman"), repped by Venit, but that director Shawn Levy ("Levy"), also repped by Venit, is too busy with other matters to be interested as a director.

52.    Harter tells Stephanie and Shari on September 23, 2008, that *Square One* is "going back to Endeavor for Michael Lehman and Shawn Levy . . . for their consideration."

53.    Endeavor does "coverage"[6] on *Square One* in 2008, essentially giving the script a favorable grade that allowed it to be accessed by all its agents.

54.    On January 29, 2009, Harter informs Stephanie that she is "trading phone calls with everyone—including Endeavor."

---

[6] ***Coverage*** – is a term used in the industry when a script is an analysis and grading phase. This is usually done by an internal department called a "story department" in an agency or production company. Coverage includes the following:

| | |
|---|---|
| **Identification:** | Title, Author, Type of Material, Locale, Genre. |
| **Logline:** | A one sentence summary. |
| **Comment Summary:** | A paragraph summary of the analysis. |
| **Grade:** | *Excellent, Good, Fair, Poor* for categories that include characterization, premise, storyline, production values, dialogue, and more. |
| **Synopsis:** | Summary of plot, usually one to three pages depending on script quality. |
| **Budget:** | The script reader's estimated budget. |
| **Analysis:** | "Consider" or "pass". |

55.     On March 24, 2009, Harter emails Stephanie telling her that "Endeavor hasn't had any luck with getting interest from directors but I'll keep trying but I am not going to wait on them."

56.     On April 27, 2009, William Morris and Endeavor merge to create William Morris Endeavor (WME), who is a named defendant in this case.

57.     In April 2009, Stephanie and Shari suggest to Harter that Zooey Deschanel[7] might work as a potential lead for *Square One*; Harter does not know who Zooey Deschanel is.

58.     On June 2, 2009, Stephanie and Shari talk about their concern that Harter is not making *Square One* a priority, especially in following up with defendant WME agent David Karp who had offered to gauge if any of his client directors were interested.

59.     On October 18, 2009, Stephanie and Shari decide not to work with Harter any longer. They have trouble understanding why Harter has put *Square One* on the backburner when the script has been receiving considerable interest from agents at a top talent agency, defendant WME.

60.     On November 11, 2009, Stephanie speaks with defendant WME's Karp by phone and introduces herself. Karp knows about *Square One* and solicits Stephanie to send him a list of potential directors, actors, and production companies. Further in-

---

[7]  Serendipitously, Zooey Deschanel was eventually cast for the lead role and character in *New Girl*.

1    person meetings were scheduled in February and June 2010 that fell through due to

2    scheduling conflicts.

3          61.    After this time, there was a marked difference in the attitudes and

4    behaviors of defendant WME and its agents in how they interacted with Stephanie and

5    Shari. In short, the relationship first became stale, WME appearing to change its want and

6    desire to work with Stephanie and Shari, and then WME and its agents seemingly became

7    unavailable and disinterested, failing to return phone calls or messages.

8          62.    On February 17, 2011, Stephanie and Shari become dismayed when for the

9    first time they hear that their work *Square One* appears to have been poached. A friend

10   who had read *Square One*, emails Stephanie and Shari that the logline and summary of a

11   show under development, titled "Chicks and Dicks," sounds remarkably similar to

12   *Square One*.

13                              ******

# Defendant Meriwether's
# Alleged Creation of *New Girl*

63.     Defendant WME is an entertainment talent agency which provides its high-profile clients, like the Chernin defendants, with creative material and scripts for possible production and exploitation.

64.     In April 2010, defendant Peter Chernin ("Chernin") enters into a deal with defendant WME for WME to represent Chernin, and all of his businesses inclusive of defendants Chernin Entertainment, LLC ("Chernin Entertainment") and The Chernin Group, LLC ("The Chernin Group") (herein throughout collectively referred to as "Chernin Defendants"), in all of the Chernin Defendants' dealings in the television industry.

65.     On information and belief, defendant WME provided the Chernin Defendants with scripts and material for possible development and exploitation.

66.     The Chernin Defendants were repped by Rick Rosen, a WME partner.

67.     Rick Rosen has direct access to the *Square One* script and Rosen additionally has direct access to the coverage of *Square One* provided by defendant WME.

68.     Defendant Meriwether, and Meriwether Pictures, are repped by Cori Wellins ("Wellins") at defendant WME, head of the television literary department.

69.     Cori Wellins has direct access to the *Square One* script and Wellins additionally has direct access to the coverage of *Square One* done by defendant WME.

70.     Additionally, Cori Wellins and Rick Rosen both work together at WME, Wellins being on Rosen's team.

71.     On information and belief, Rick Rosen and Cori Wellins provide defendants Peter Chernin, Chernin Entertainment, LLC, and The Chernin Group, LLC with the *Square One* script and coverage and in 2010.

72.     On information and belief, defendants Meriwether and Meriwether Pictures are provided a script and coverage of *Square One* in 2010 by the Chernin Defendants and Cori Wellins, who all had access to the *Square One* script and coverage through defendant WME.

73.     On information and belief, defendants Meriwether and Meriwether Pictures are asked in 2010 the Chernin Defendants to "re-write" the *Square One* script for a television production the Chernin Defendants, and defendant WME, wish to exploit.

74.     On information and belief, defendants Meriwether and Meriwether Pictures rewrite the *Square One* script into "Chick and Dicks," later *New Girl*, in just a couple of months in 2010.

75.     On February 17, 2011, for the very first time, Plaintiffs learn that a television show that had been provisionally titled *Chicks and Dicks* is under development.

1    The production company is defendant Chernin Entertainment, LLC, founded by

2    defendant Peter Chernin.

3        76.    Stephanie and Shari review a draft of *Chicks and Dicks* on February 21,

4    2011, and to their shocking dismay conclude their intellectual property was stolen.

5        77.    Shortly thereafter in early 2011, defendant Jake Kasdan ("Kasdan")

6    directs the pilot episode of *New Girl* and is listed as the executive producer of the show.

7        78.    Defendant Kasdan, the son of director Lawrence Kasdan, is repped by

8    defendant WME's Phil Raskind, who is a partner of Adam Venit, also at WME. As

9    previously stated, Venit is one of the reps at WME who has direct access to *Square One*

10   because he solicited the script from Plaintiffs.

11       79.    On May 13, 2011, defendant Twentieth Century Fox Television, Inc.

12   ("Fox") picks up *New Girl*, formerly "Chicks and Dicks."

13       80.    On September 20, 2011, *New Girl* premieres on defendant Fox

14   Broadcasting Company's channel.

15       81.    On November 10, 2011, defendant Twentieth Century Fox Film

16   Corporation registers with the Copyright Office the "Pilot Episode" of the *New Girl*

17   series: title – "NEW GIRL : 1ATM79"; registration number – PA0001763319.

18       82.    Defendant Twentieth Century Fox Film Corporation claims to be the

19   author of the Pilot episode as an "employer for hire."

83.   On January 23, 2013, defendant Twentieth Century Fox Home Entertainment LLC registers with the Copyright Office three videodiscs represented as the "Complete First Season" of *New Girl*, registration number: PA0001823018.

84.   Defendant Twentieth Century Fox Home Entertainment LLC claims to be the author of the first season videodiscs as an "employer for hire."

85.   On information and belief, each episode and season of the *New Girl* series has been registered in a similar manner.

86.   Each and every episode, and seasonal arrangement, of the *New Girl* series is infringing on Plaintiffs' copyrights in *Square One*.

87.   At no point did the Fox Defendants, wholly owned by defendant Twenty-First Century Fox, Inc., correctly identify Plaintiffs as the true creators and authors of *New Girl*.

*****

# Legal History

88.     Plaintiffs Stephanie Counts and Shari Gold immediately retain counsel in early 2011 and inform Defendants they are infringing on *Square One*.

89.     The Fox Defendants—currently wholly owned by Twenty-First Century Fox, Inc.—negotiate with Plaintiffs' then attorneys and law firm in mid-2011, before and after *New Girl* premieres. After agreeing to take Plaintiffs' money, Plaintiffs' then attorneys, who are *supposedly* representing Plaintiffs' interests, tell Plaintiffs that the law firm represents the executive producer and director of *New Girl*—defendant Jacob Kasdan—and his family,[8] but that it is okay for this law firm to represent Plaintiffs, just so long as Plaintiffs refrain from suing Kasdan.[9]

90.     Defendant WME is aware Plaintiffs are talking with the Fox Defendants' attorneys in mid-2011 about the allegations that *New Girl* was copied from *Square One*.

91.     The Chernin Defendants are aware Plaintiffs are talking with the Fox Defendants' attorneys in mid-2011 about the allegations that *New Girl* was copied from *Square One*.

---

[8] Jacob Kasdan's father is the eminent director and Hollywood power-player Lawrence Kasdan who has been represented by Plaintiffs' then law firm for many years.

[9] Plaintiffs receive assurances in writing from their then attorneys that there is no conflict of interest for their law firm to represent Plaintiffs in their suit against *New Girl*, despite the fact that the law firm also represents the executive producer of *New Girl*, Jacob Kasdan: "Regarding the potential Jake Kasdan connection, both Jake Kasdan and his father are long time clients of the firm.   We therefore cannot take a position that is adverse to Jake Kasdan. Due to our long-standing relationship with the Kasdans, if we were to assert allegations that implicated Jake Kasdan, we likely could be disqualified in this action and, therefore, would be prohibited from continuing to represent you in connection with this dispute.   While we feel that the connection to Jake Kasdan is a bit attenuated (based on the facts set forth in your email), if this is something you would like to pursue, we would need to discuss our further involvement in this matter."

1       92.    Defendant Meriwether, and defendant Meriwether Pictures, are aware

2    Plaintiffs are talking with the Fox Defendants' attorneys in mid-2011 about the allegations

3    that *New Girl* was copied from *Square One*.

4       93.    Defendant Kasdan, and defendant American Nitwits, are aware Plaintiffs

5    are talking with the Fox Defendants' attorneys in mid-2011 about the allegations that *New*

6    *Girl* was copied from *Square One*.

7       94.    In January 2012, the Fox Defendants' attorneys make a settlement offer to

8    Stephanie and Shari of approximately $10,000 in an attempt to silence and prevent them

9    from seeking formal legal action against the Fox Defendants, the Chernin defendants,

10    defendant WME, defendant Meriwether, and defendant Meriwether Pictures.

11       95.    Stephanie and Shari are confused and do not understand their then

12    attorneys' persistence in persuading them to accept a paltry $10,000 from Fox.

13       96.    Stephanie and Shari, insulted, obviously reject Fox's settlement offer and

14    terminate their relationship with their then conflicted attorneys.

15       97.    After rejecting Fox's offer, Shari and Stephanie attempt to amicably settle

16    the issues complained of in this pleading; however, no resolution is found or offered.

17       98.    Plaintiffs have never previously filed a lawsuit regarding this matter.

18                             *****

# Defendants

99.   As listed and identified below: Meriwether Defendants (Elizabeth Meriwether, Elizabeth Meriwether Pictures); Defendant WME (William Morris Endeavor Entertainment, LLC); Chernin Defendants (Peter Chernin, The Chernin Group, LLC *parent company of* Chernin Entertainment, LLC); Fox Defendants (Twenty-First Century Fox, Inc. *parent company* of Fox Entertainment Group, Inc. *parent company of* [Twentieth Century Fox Film Corporation *parent company of* Twentieth Century Fox Television, Inc., Twentieth Television, Inc., Twentieth Century Fox International Television, Inc., Twentieth Century Home Entertainment LLC] *and* [Fox Networks Group, Inc. *parent company of* Fox Broadcasting Company, Fox Television Stations, Inc., Fox Digital Media] *and* Fox International Channels, Inc.); and Kasdan Defendants (Jacob Kasdan, American Nitwits); all of whom may be collectively referred to herein throughout as "Defendants."

\*\*\*\*\*

MERIWETHER DEFENDANTS

***Elizabeth Meriwether***                                         ***"Meriwether"***

100.    Defendant Elizabeth Meriwether (herein throughout may be referred to as "Meriwether") is a screenwriter affiliated with the Writers Guild of America, West.

101.    Meriwether is credited with writing the script *Chicks and Dicks,* which subsequently became the television show *New Girl.*

102.    On information and belief, Meriwether is an individual who resides at 1626 N. Genesee Avenue, West Hollywood, California 90046 and is a citizen of the state of California.

103.    Meriwether is represented by defendant WME's Cori Wellins.

104.    Meriwether has financially gained by the exploitation of *Square One* as *New Girl.*

***Elizabeth Meriwether Pictures***                          ***"Meriwether Pictures"***

105.    On information and belief, defendant Elizabeth Meriwether Pictures (herein throughout may be referred to as "Meriwether Pictures") is defendant Meriwether's production company, by and through which she develops scripts and produces movies and television shows.

106.    On information and belief, Meriwether Pictures is 100% owned and controlled by defendant Meriwether.

1    107.    On information and belief, Meriwether Pictures is a California corporation

2    with its principal place of business and or registered address at 8383 Wilshire Boulevard,

3    Suite 500, Beverly Hills, CA 90211.

4    108.    Meriwether Pictures's agent for service of process is Jeffrey Frankel, and

5    his address is 141 El Camino Drive, Beverly Hills, CA 90212.

6    109.    Meriwether Pictures produces material written by defendant Meriwether.

7    110.    Meriwether Pictures is a production company for the television show *New*

8    *Girl*.

9    111.    On information and belief, Meriwether Pictures is represented defendant

10    WME's Cori Wellins.

11    112.    Meriwether Pictures has financially gained by the exploitation of *Square*

12    *One* as *New Girl*.

13                              *****

1   DEFENDANT WME

2   ***William Morris Endeavor Entertainment, LLC***                              ***"WME"***

3       113.    Defendant  William  Morris  Endeavor  Entertainment,  LLC  (herein

4   throughout may be referred to as "WME") is a talent agency that represents writers,

5   director, actors, and other individuals associated with the production of television shows

6   and feature films.

7       114.    On information and belief, WME is a Delaware limited liability company

8   with its principal place of business and or registered address at 9601 Wilshire Boulevard,

9   3rd Floor, Beverly Hills, CA 90210.

10      115.    WME's registered agent for service of process is the Corporation Service

11  Company, 160 Greentree Drive, Suite 101, Dover, DE 19904.

12      116.    WME is the result of a merger between The William Morris Agency and

13  Endeavor Agency in April 2009.

14      117.    WME's agents represent several writers and directors on the television

15  show *New Girl,* including defendant Meriwether.[10]

16      118.    On information and belief, WME packaged and misappropriated the

17  writing and production aspects of *New Girl.*

---

[10]      See  Appendices  C  and  D.

1       119.   On information and belief, WME has received and currently receives

2  packaging fees for *New Girl*.

3       120.   On information and belief, WME represents approximately thirty-four

4  individuals involved with *New Girl*, more than all other talent agencies combined. <u>See</u>

5  Appendix D.

6       121.   WME represented defendant Chernin Entertainment, LLC's television

7  business from 2010 to 2012.

8       122.   WME agents and partners represented defendants Peter Chernin, the

9  Meriwether Defendants, Jacob Kasdan, and American Nitwits in 2010 and 2011.

10      123.   WME has financially gained by the exploitation of *Square One* as *New Girl*.

11                       *****

CHERNIN DEFENDANTS

***Peter Chernin***                                                    ***"Chernin"***

124.    Defendant Peter Chernin (herein throughout may be referred to as "Chernin") is one of the most powerful entertainment industry executives in the world.

125.    On information and belief, Chernin 100% owns and controls defendants Chernin Entertainment, LLC and The Chernin Group, LLC.

126.    On information and belief, Chernin is an individual residing at 2327 La Mesa Drive, Santa Monica, CA 90402 and is domiciled in the state of California.

127.    Defendant Chernin develops and produces television shows and feature films, including *New Girl*.

128.    Defendant Chernin develops and produces television shows and feature films by and through his companies, defendants Chernin Entertainment, LLC and The Chernin Group, LLC.

129.    At the time *New Girl* was allegedly created and written, starting in July 2010, Chernin was represented by defendant WME partner, agent, and head of television Rick Rosen.

130.    Chernin is the former President and Chief Operating Officer of News Corporation, a position from which he over saw then-subsidiaries of News Corporation, Twentieth Century Fox Film, Inc. and Twentieth Century Fox Television, Inc.

131.   Chernin resigned his position at News Corporation in 2009, and, on information and belief, his severance package included the requirement that Twentieth Century Fox Films, Twentieth Century Fox Television, and other entities now owned by Twenty-First Century Fox, Inc., purchase televisions shows and movies from Chernin each year for six years.

132.   On information and belief, defendant Twentieth Century Fox Television, Inc. purchased *New Girl* in 2011 because of the terms of Chernin's severance package.

133.   On information and belief, Chernin, and his companies, defendants Chernin Entertainment, LLC and The Chernin Group, LLC, asked defendant WME for material, ideas, or scripts for future exploitation as shows and movies.

134.   On information and belief, defendant WME provided Chernin, and defendants Chernin Entertainment, LLC and The Chernin Group, LLC, material, ideas, or scripts for future exploitation as shows and movies.

135.   Chernin has financially gained by the exploitation of *Square One* as *New Girl*.

***The Chernin Group, LLC***                                    ***"The Chernin Group"***

136.   Defendant The Chernin Group, LLC (herein throughout may be referred to as "The Chernin Group") is a global media and investment company.

1        137.    On information and belief, The Chernin Group 100% owns and controls

2    defendant Chernin Entertainment, LLC.

3        138.    On information and belief, The Chernin Group is a Delaware limited

4    liability company with its principal place of business and or registered address at 1733

5    Ocean Ave, Suite 300, Beverly Hills, CA 90401.

6        139.    The Chernin Group's registered agent for service of process is either

7    National Registered Agents, Inc., and its address is 160 Greentree Drive, Suite 101,

8    Dover, DE 19904; or Jennifer Randle, and her address is 1733 Ocean Avenue, Suite 300,

9    Beverly Hills, CA 90401.

10       140.    At the time *New Girl* was allegedly created and written in July 2010, The

11    Chernin Group was represented by defendant WME partner, agent, and head of

12    television Rick Rosen.

13       141.    The Chernin Group has financially gained by the exploitation of *Square*

14    *One* as *New Girl*.

15    ***Chernin Entertainment, LLC***               ***"Chernin Entertainment"***

16       142.    Defendant Chernin Entertainment, LLC (herein throughout may be

17    referred to as "Chernin Entertainment") is defendant Peter Chernin's production

18    company by and through which he produces television shows and feature films.

143.    On information and belief, Chernin Entertainment is 100% owned and controlled by defendant The Chernin Group, LLC.

144.    On information and belief, Chernin Entertainment is a Delaware limited liability company with its principal place of business and or registered address at 8383 Wilshire Boulevard, Suite 500, Beverly Hills, CA 90211.

145.    Chernin Entertainment's registered agent for service of process is either National Registered Agents, Inc., 160 Greentree Drive, Suite 101, Dover, DE 19904; or Joel Mandel, 9100 Wilshire Boulevard, Suite 400W, Beverly Hills, CA 90212.

146.    Chernin Entertainment produces the television show *New Girl*.

147.    At the time *New Girl* was allegedly created and written, starting in July 2010, Chernin Entertainment was represented by defendant WME partner, agent, and head of television Rick Rosen.

148.    Chernin Entertainment's television business was represented by defendant WME from 2010 to 2012.

149.    Chernin Entertainment has financially gained by the exploitation of *Square One* as *New Girl*.

*****

1
2    Fox Defendants

3    ***Twenty-First Century Fox, Inc.***           ***"Twenty-First Century Fox"***

4        150.    Defendant Twenty-First Century Fox, Inc. (herein throughout may be

5    referred to as "21st Century Fox") is an international media conglomerate that owns

6    and operates the now defunct News Corporation's film, television, and broadcasting

7    assets.

8        151.    21st Century Fox 100% owns and controls the following subsidiary entities:

9           a.      Fox Entertainment Group, Inc.

10          b.      Twentieth Century Fox Film Corporation

11          c.      Twentieth Century Fox Television, Inc.

12          d.      Twentieth Television, Inc.

13          e.      Twentieth Century Fox International Television, Inc.

14          f.      Twentieth Century Fox Home Entertainment LLC

15          g.      Fox Networks Group, Inc.

16          h.      Fox Broadcasting Company

17          i.      Fox Television Stations, Inc.

18          j.      Fox Digital Media

19          k.      Fox International Channels, Inc.

20        152.    On information and belief, 21st Century Fox is a Delaware corporation

21    with its principal place of business and or registered address at 10201 West Pico

22    Boulevard, Los Angeles, CA 90035.

153.    21st Century Fox's registered agent for service of process is the Corporation Trust Company, at the Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801.

154.    Defendant Meriwether, and many other employees and production aspects of *New Girl,* operate on 21st Century Fox's property in Los Angeles, CA.

155.    On information and belief, 21st Century Fox has successor liability for the now defunct News Corporation's assets.

156.    21st Century Fox has financially gained by the exploitation of *Square One* as *New Girl*.

***Fox Entertainment Group, Inc.***                    ***"Fox Entertainment Group"***

157.    Defendant Fox Entertainment Group, Inc. (herein throughout may be referred to as "Fox Entertainment Group") is a major media company owning various Fox Defendants subsidiaries, including film, television, and broadcasting assets.

1    158.    Fox Entertainment Group 100% owns and controls the following subsidiary

2    entities:

3              a.      Twentieth Century Fox Film Corporation

4              b.      Twentieth Century Fox Television, Inc.

5              c.      Twentieth Television, Inc.

6              d.      Twentieth Century Fox International Television, Inc.

7              e.      Twentieth Century Fox Home Entertainment LLC

8              f.      Fox Networks Group, Inc.

9              g.      Fox Broadcasting Company

10             h.      Fox Television Stations, Inc.

11             i.      Fox Digital Media

12             j.      Fox International Channels, Inc.

13   159.    Fox Entertainment Group is 100% owned and controlled by defendant

14   Twenty-First Century Fox, Inc.

15   160.    On information and belief, Fox Entertainment Group is a Delaware

16   corporation with its principal place of business and or registered address at 10201 West

17   Pico Boulevard, Los Angeles, CA 90035.

18   161.    Fox Entertainment Group's registered agent for service of process is the

19   C.T. Corporation System, 818 W. Seventh Street, Los Angeles, CA 90017.

162.     Defendant Meriwether, and many other employees and production aspects of the *New Girl,* operate on Fox Entertainment Group's property in Los Angeles, CA.

163.     Fox Entertainment Group has financially gained by the exploitation of *Square One* as *New Girl.*

**Twentieth Century Fox Film Corporation            "20th Century Fox Film"**

164.     Defendant Twentieth Century Fox Film Corporation (herein throughout may be referred to as "20th Century Fox Film") is one of the six major film studios, and produces and distributes television shows and movies in association with production companies.

165.     20th Century Fox Film 100% owns and controls the following subsidiary entities:

    a.     Twentieth Century Fox Television, Inc.

    b.     Twentieth Television, Inc.

    c.     Twentieth Century Fox International Television, Inc.

    d.     Twentieth Century Fox Home Entertainment LLC

166.     20th Century Fox Film is 100% owned and controlled by defendant Fox Entertainment Group, Inc.

167.     On information and belief, 20th Century Fox Film is a Delaware corporation or a division of a corporation with its principal place of business at 10201 West Pico Boulevard, Los Angeles, CA 90035.

168.   20th Century Fox Film's registered agent for service of process is the C.T. Corporation System, 818 W. Seventh Street, Los Angeles, CA 90017.

169.   20th Century Fox Film filed the copyright registration for the Pilot episode of *New Girl*, as well as the registration for each subsequent episode.

170.   20th Century Fox Film is a producer and distributor of *New Girl*.

171.   Defendant Meriwether, and many other employees and production aspects of *New Girl,* operate on 20th Century Fox Film's property in Los Angeles, CA.

172.   20th Century Fox Film has financially gained by the exploitation of *Square One* as *New Girl*.

***Twentieth Century Fox Television, Inc.***            ***"20th Century Fox TV"***

173.   Defendant Twentieth Century Fox Television, Inc. (herein throughout may be referred to as "20th Century Fox TV") is a television studio which produces and distributes television shows in association with other production companies.

174.   20th Century Fox TV is 100% owned and controlled by defendant Twentieth Century Fox Film Corporation.

175.   On information and belief, 20th Century Fox TV is a either a corporation or a division of a corporation with its principal place of business and or registered address at 10201 West Pico Boulevard, Los Angeles, CA 90035.

1    176.   20th Century Fox TV is the television production division of defendant

2    Twentieth Century Fox Film Corporation.

3    177.   20th Century Fox TV is a producer and distributor of *New Girl*

4    domestically and internationally.

5    178.   Defendant Meriwether, and many other employees and production aspects

6    of *New Girl,* operate on 20th Century Fox TV property in Los Angeles, CA.

7    179.   20th Century Fox TV bought the *New Girl* series in 2011 because of the

8    defendant Chernin severance contract with New Corporation.

9    180.   20th Century Fox TV has financially gained by the exploitation of *Square*

10   *One* as *New Girl.*

11   ***Twentieth Television, Inc.***                              ***"20th Television"***

12   181.   Defendant Twentieth Television, Inc. (herein throughout may be referred

13   to as "20th Television") is the syndication and distribution arm of 20th Century Fox

14   TV domestically.

15   182.   20th Television is 100% owned and controlled by Twentieth Century Fox

16   Film Corporation.

17   183.   On information and belief, 20th Television is a Delaware corporation or

18   division of a corporation with its principal place of business and or registered address at

19   10201 West Pico Boulevard, Los Angeles, CA 90035.

184.   20th Television's registered agent for service of process is the C.T. Corporation System, 818 W. Seventh Street, Los Angeles, CA 90017.

185.   On information and belief, 20th Television syndicates and distributes *New Girl* domestically.

186.   20th Television has financially gained by the exploitation of *Square One* as *New Girl*.

**Twentieth Century Fox International Television, Inc.   "20th International TV"**

187.   On information and belief, defendant Twentieth Century Fox International Television, Inc. (herein throughout may be referred to as "20th International TV") is the syndication and distribution arm of 20th Century Fox TV internationally.

188.   20th International TV is 100% owned and controlled by defendant Twentieth Century Fox Film Corporation.

189.   On information and belief, 20th International TV is a New York corporation or division of a corporation with its principal place of business and or registered address at 10201 West Pico Boulevard, Los Angeles, CA 90035.

190.   20th International TV's registered agent for service of process is the C.T. Corporation System, 818 W. Seventh Street, Los Angeles, CA 90017.

1      191.    On information and belief, 20th International TV syndicates and

2      distributes *New Girl* internationally.

3      192.    20th International TV has financially gained by the exploitation of *Square*

4      *One* as *New Girl*.

5      ***Twentieth Century Fox Home Entertainment LLC    "20th Century Fox Home"***

6      193.    Defendant Twentieth Century Fox Home Entertainment LLC (herein

7      throughout may be referred to as "20th Century Fox Home") is a company which

8      markets, sells, and distributes Fox produced, and or owned, film and television

9      programing.

10     194.    20th Century Fox Home is 100% owned and controlled by Twentieth

11     Century Fox Film Corporation.

12     195.    On information and belief, 20th Century Fox Home is a Delaware limited

13     liability corporation or a division of a corporation with its principal place of business and

14     or registered address at West Pico Boulevard, Los Angeles, CA 90035.

15     196.    20th Century Fox Home's registered agent for service of process is the

16     C.T. Corporation System, 818 W. Seventh Street, Los Angeles, CA 90017.

17     197.    20th Century Fox Home is the home video distribution arm of Twentieth

18     Century Fox Film Corporation.

1    198.    20th Century Fox Home filed the copyright registration for *New Girl*

2    Season 1 and all subsequent seasons.

3    199.    20th Century Fox Home markets, sells, and distributes *New Girl*

4    domestically and internationally.

5    200.    20th Century Fox Home has financially gained by the exploitation of

6    *Square One* as *New Girl*.

7    ***Fox Networks Group, Inc.***                    ***"Fox Broadcasting"***

8    201.    Defendant Fox Networks Group, Inc. (herein throughout may be referred

9    to as "Fox Networks") is a global company which operates and distributes all of the Fox

10   Defendants' television channels.

11   202.    Fox Networks is 100% owned and controlled by defendants Fox

12   Entertainment Group, Inc., and Twenty-First Century Fox, Inc.

13   203.    Fox Networks 100% owns and controls the following subsidiary entities:

14              a.    Fox Broadcasting Company

15              b.    Fox Television Stations, Inc.

16              c.    Fox Digital Media, Inc.

17   204.    On information and belief, Fox Networks is a Delaware corporation with

18   its principal place of business and or registered address at 10201 West Pico Boulevard,

19   Los Angeles, CA 90035.

1    205.    Fox Networks's registered agent for service of process is the Corporation

2    Trust Company, at the Corporation Trust Center, 1209 Orange Street, Wilmington, DE

3    19801.

4    206.    *New Girl* airs on Fox Networks's channels.

5    207.    Fox Networks has financially gained by the exploitation of *Square One* as

6    *New Girl*.

7    ***Fox Broadcasting Company***                              ***"Fox Broadcasting"***

8    208.    Defendant Fox Broadcasting Company (herein throughout may be referred

9    to as "Fox Broadcasting") is a company which operates the FOX television channel that

10   airs programming developed and distributed by the Fox Defendants.

11   209.    Fox Broadcasting is 100% owned and controlled by defendants Fox

12   Networks Group, Inc., Fox Entertainment Group, Inc., and Twenty-First Century Fox,

13   Inc.

14   210.    Fox Broadcasting 100% owns and controls defendant Fox Television

15   Stations, Inc.

16   211.    On information and belief, Fox Broadcasting is a Delaware corporation

17   with its principal place of business and or registered address at 10201 West Pico

18   Boulevard, Los Angeles, CA 90035.

212.   Fox Broadcasting's registered agent for service of process is the C.T. Corporation System, 818 W. Seventh Street, Los Angeles, CA 90017.

213.   *New Girl* airs on Fox Broadcasting's channels.

214.   Fox Broadcasting has financially gained by the exploitation of *Square One* as *New Girl*.

**Fox Television Stations, Inc.**                                **"Fox TV Stations"**

215.   On information and belief, defendant Fox Television Stations, Inc., also known as Fox Television Stations Group (herein throughout may be referred to as "Fox TV Stations"), is a company which owns television affiliates around the United States.

216.   Fox TV Stations is 100% owned and controlled by defendant Fox Broadcasting Company.

217.   On information and belief, Fox TV Stations is a Delaware corporation with its principal place of business and or registered address at 10201 West Pico Boulevard, Los Angeles, CA 90035; or 1211 Avenue of the Americas, New York, NY 10036.

218.   Fox TV Stations's registered agent for service of process is the C.T. Corporation System, 818 W. Seventh Street, Los Angeles, CA 90017.

219.   *New Girl* airs on television stations operated and controlled by Fox TV Stations.

1    220.    Fox TV Stations has financially gained by the exploitation of *Square One* as

2    *New Girl*.

3    ***Fox Digital Media***                                                    ***"Fox Digital"***

4    221.    On information and belief, defendant Fox Digital Media (herein

5    throughout may be referred to as "Fox Digital") is a company which handles the digital

6    media operations of the Fox Defendants.

7    222.    On information and belief, Fox Digital is 100% owned and controlled by

8    defendant Fox Networks Group, Inc.

9    223.    On information and belief, Fox Digital is the successor company to News

10   Corporation Digital Media.

11   224.    On information and belief, Fox Digital is an entity of unknown form doing

12   business at 10201 West Pico Boulevard, Los Angeles, CA 90035.

13   225.    Fox Digital operates and controls the Fox Defendants' online

14   programming, including—but not limited to—the reproduction, distribution, and

15   performance of *New Girl*.

16   226.    Fox Digital has financially gained by the exploitation of *Square One* as *New*

17   *Girl*.

1       ***Fox International Channels, Inc.***       ***"Fox International Channels"***

2       227.    On information and belief, defendant Fox International Channels (US),

3 Inc. (herein throughout may be referred to as "Fox International Channels") is a

4 company which develops, produces, and distributes television channels across the world.

5       228.    Fox International Channels is 100% owned and controlled by defendants

6 Fox Entertainment Group, Inc., and Twenty-First Century Fox, Inc.

7       229.    On information and belief, Fox International Channels is a Delaware

8 corporation with its principal place of business and or registered address at 10201 West

9 Pico Boulevard, Los Angeles, CA 90035; or 407 N. Maple Drive, Beverly Hills, CA

10 90210.

11       230.    Fox International Channels's registered agent for service of process is the

12 Corporation Trust Company, at the Corporation Trust Center, 1209 Orange Street,

13 Wilmington, DE 19801.

14       231.    On information and belief, *New Girl* airs on television channels around the

15 world operated and controlled by Fox International Channels.

16       232.    Fox International Channels has financially gained by the exploitation of

17 *Square One* as *New Girl*.

***No Other Appropriate Fox Defendants***

233.   Fox Entertainment Group, Inc., Twentieth Century Fox Film Corporation, Twentieth Century Fox Television, Inc., Twentieth Television, Inc., Twentieth Century Fox International Television, Inc., Twentieth Century Fox Home Entertainment LLC, Fox Networks Group, Inc., Fox Broadcasting Company, Fox Television Stations, Inc., Fox Digital Media, and Fox International Channels, Inc. are the only subsidiaries or companies associated with or in partnership with Twenty-First Century Fox, Inc., either domestically or internationally, that have ownership, claims, control, benefits, or burdens associated with *New Girl*.

234.   Besides Fox Entertainment Group, Inc., Twentieth Century Fox Film Corporation, Twentieth Century Fox Television, Inc., Twentieth Television, Inc., Twentieth Century Fox International Television, Inc., Twentieth Century Fox Home Entertainment LLC, Fox Networks Group, Inc., Fox Broadcasting Company, Fox Television Stations, Inc., Fox Digital Media, and Fox International Channels, Inc. there are no other subsidiaries or companies associated with or in partnership with Twenty-First Century Fox, Inc., either domestically or internationally, that have ownership, claims, control, benefits, or burdens associated with *New Girl. Girl*.

*****

1      KASDAN DEFENDANTS

2          ***Jacob Kasdan***                                                    ***"Kasdan"***

3          235.    Defendant Jacob Kasdan (herein throughout may be referred to as

4      "Kasdan") develops, directs, and produces television shows and feature films, including

5      *New Girl*.

6          236.    On information and belief, Kasdan 100% owns and controls the production

7      company American Nitwits.

8          237.    On information and belief, Kasdan is an individual residing at 5701 Green

9      Oak Drive, Los Angeles, CA 90068 and is domiciled in the state of California.

10         238.    Kasdan develops and produces television shows and feature films by and

11     through his production company American Nitwits.

12         239.    Kasdan is an executive producer of *New Girl*, and directed the pilot

13     episode of in early 2011.

14         240.    Kasdan has directed multiple episodes of *New Girl*.

15         241.    At the time *New Girl* was allegedly created and written, Kasdan was

16     repped by defendant WME's Phil Raskind, a partner of Adam Venit.[11]

---

[11] Venit had direct access and possession of the *Square One* script as he had already solicited it from Plaintiffs—and on information and belief distributed it throughout defendant WME

1    242.    Defendant Kasdan has financially gained by the exploitation of *Square One*

2    as *New Girl*.

3    ***American Nitwits***                                    ***"American Nitwits"***

4    243.    On  information  and  belief,  defendant  American  Nitwits  (herein

5    throughout  may  be  referred  to  as  "American  Nitwits")  is  the  production  company  of

6    defendant Jacob Kasdan, by and through which Kasdan produces projects on which he is

7    involved.

8    244.    On information and belief, American Nitwits is 100% owned and operated

9    by defendant Jacob Kasdan.

10    245.    On information and belief, American Nitwits is an entity of unknown form

11    with its principal place of business in California.

12    246.    On information and belief, the address of American Nitwits is 5701 Green

13    Oak Drive, Los Angeles, CA 90068.

14    247.    American Nitwits has financially gained by the exploitation of *Square One*

15    as *New Girl*.

16                                    *****

# Jurisdiction and Venue

248.   This action is brought, and subject matter jurisdiction lies within this Court, pursuant to 28 U.S.C. §§ 1331 and 1338. This Court has federal question jurisdiction in this matter in that Plaintiff seeks damages and injunctive relief against the defendants named herein under Sections 501 through 505 of the Copyright Act of 1976, 17 U.S.C. § 101 et seq. The Court has pendant jurisdiction over any claims asserted herein which arise under state law in that such claims flow from a common nucleus of operative fact.

249.   Venue lies within this Court pursuant to 28 U.S.C. Sections 1391(b)(1) – (3), 1391(c), 1391(d), and 1400(a) in that all defendants reside for venue purposes and are subject to personal jurisdiction in this District, and that a substantial part of the events or omissions giving rise to Plaintiff's claims occurred in the Central District of California. In particular, on information and belief, each of the individual defendants reside in the United States and/or are citizens of the United States and therefore can be sued in any district including this District.

*****

1

# CAUSES OF ACTION

2

## COUNT I – DIRECT COPYRIGHT INFRINGEMENT

3
4
5
6
7
8
9
10
11

*Counts and Gold v. Elizabeth Meriwether; Elizabeth Meriwether Pictures; William Morris Endeavor Entertainment, LLC; Peter Chernin; The Chernin Group, LLC; Chernin Entertainment, LLC; Twenty-First Century Fox, Inc.; Fox Entertainment Group, Inc.; Twentieth Century Fox Film Corporation; Twentieth Century Fox Television, Inc.; Twentieth Television, Inc.; Twentieth Century Fox International Television, Inc.; Twentieth Century Fox Home Entertainment LLC; Fox Networks Group, Inc.; Fox Broadcasting Company; Fox Television Stations, Inc.; Fox Digital Media; Fox International Channels, Inc.;. Jacob Kasdan; American Nitwits*

12      250.    Plaintiffs hereby incorporate by reference the preceding paragraphs and

13   repeat and reallege each of the allegations as if fully set forth here.

14      251.    On information and belief, Defendants were aware of, participated in, and

15   contributed to the copying and exploitation of the screenplay *Square One* as *Chicks and*

16   *Dicks*, and later as *New Girl,* including the marketing, selling, distribution, and

17   exploitation of *New Girl* in the United States of America and the world through

18   advertising sales, television airplay, internet distribution deals (e.g., Netflix), DVD sales,

19   licensing, and otherwise.

20      252.    On information and belief, Defendants have earned millions of dollars in

21   revenue from their exploitation of *Square One* as *New Girl* and continue to actively exploit

22   this copyright through advertising sales, television airplay, internet distribution deals,

23   DVD sales, licensing, and otherwise.

253.    Defendant screenwriter Elizabeth Meriwether is improperly credited as a writer of *New Girl* and has improperly been credited with creating *New Girl* due to her blatant plagiarism and misappropriation and theft of Plaintiffs' copyrighted work.

254.    Defendant WME solicited *Square One* scripts from Plaintiffs, did coverage of *Square One*, and engaged in-depth communications with Plaintiffs over several years about the potential exploitation of *Square One*.

255.    The coverage of *Square One* by defendant WME, and *Square One* scripts, were available to all agents and partners at WME.

256.    On information and belief, defendant WME keeps a log of all individuals who access their library of scripts and coverage.

257.    The Meriwether Defendants and the Chernin Defendants were represented by WME agents in 2010 and 2011.

258.    Defendant Meriwether's agent, Cori Wellins, is head of defendant WME's television literary department.

259.    Defendant Chernin's agent, Rick Rosen, is head of defendant WME's television department.

260.    Defendants Meriwether and Chernin had a reasonable possibility of access to *Square One* because defendant WME's agents had full and direct access to the *Square*

1   *One* script and coverage, WME's top agents represented defendants Chernin and

2   Meriwether and their defendant companies, and because, on information and belief,

3   WME gave the *Square One* script to Chernin and Meriwether and their defendant

4   companies.

5        261.   Defendant companies owned by Twenty-First Century Fox, and defendant

6   Jake Kasdan d/b/a American Nitwits, had a reasonable possibility of access to the *Square*

7   *One* script through their relationships and contracts with defendant WME, the Chernin

8   Defendants, and the Meriwether Defendants.

9        262.   At no point in time did Plaintiffs ever provide authorization to anyone to

10   exploit *Square One* in any manner whatsoever.

11        263.   Defendants' access to Plaintiffs' copyrighted work is further established

12   because *Square One* and *New Girl* are so strikingly similar that independent creation is

13   impossible. Some of these striking similarities include a unique plot revolving around an

14   awkward 30-ish girl moving into a three-guy bachelor pad after going through a traumatic

15   breakup, the girl's erstwhile beau's being named Spencer, the presence of a humiliating

16   strip tease during the break up, and sexual tension between the female lead and a cynical

17   roommate who works as a bartender. These similarities alone, only a few of the many

18   similarities between *Square One* and *New Girl,* establish that defendant Meriwether and

19   Defendants had access to *Square One.*

264.    Defendants' not only had access to *Square One* but **slavishly** copied original expressive elements of *Square One* in Defendants' television show *New Girl,* including its themes, structure, setting, overall story and plot arcs, specific plot devices, interpersonal twists, dialogue, sequence of events, tenor, specific scenes and elements of scenes, character identities, character personalities, character relationships, character interaction, character development, character idiosyncrasies, and even uncommon character names[12] assigned to the same respective roles in each script

265.    Any differences between *Square One* and *New Girl* are dwarfed by the overwhelming similarities between the works, and those minimal differences even confirm that Plaintiffs' original expression was crudely copied by defendant Meriwether and Defendants.

266.    There is more than a *substantial similarity* between *Square One* and *New Girl*. There is an almost ***identical similarity*** between many parts of the two works due to defendant Meriwether and Defendants' almost complete reliance on Plaintiffs' script and copying of Plaintiffs' original expressive elements in Defendants' "re-write" of *Square One* into *New Girl*.

267.    Defendants never sought or obtained Plaintiffs' permission to copy, duplicate, perform, exploit, or otherwise use Plaintiffs' copyrighted work.

---

[12] E.g. the name of the boyfriend that the protagonist breaks up with in each script is named "Spencer"; both of who are passive aggressive and condescending type who both cheat on the protagonist in the opening of the scripts.

268.    Defendants' copying, duplication, use, performance, and exploitation of *Square One* in *New Girl* constitutes direct infringement of Plaintiffs' copyrights in the work *Square One.*

269.    Defendants' infringing acts were willful, deliberate, and committed with prior notice and knowledge of Plaintiffs' copyrights. At a minimum, Defendants acted negligently and recklessly in regards to Plaintiffs' copyrights in *Square One.*

270.    In engaging in the acts complained of herein, Defendants, among other things falsely represented that the script *New Girl* was written and created by defendant Meriwether, when in fact she acted more like a crude transcription service merely redrafting Plaintiffs' script *Square One* and then renaming it *New Girl.*

271.    In engaging in the acts complained of herein, Defendants, among other things, also failed to properly credit Plaintiffs as the authors and/or copyrights holders of *New Girl.*

272.    On information and belief, each and all of the Defendants individually and collectively received millions of dollars, and other valuable benefits and consideration, from their blatant copying of *Square One* in *New Girl,* which directly infringes Plaintiffs' copyrights in the *Square One* screenplay by way of reproduction, derivatives, distribution, performance, licensing, and display of said work without Plaintiffs' consent.

273.    On information and belief, defendant Meriwether wrote the *Chicks and Dicks* script in the United States of America, namely in the state of California.

1    274.    On information and belief, the Pilot Episode of *New Girl* was filmed in

2    California on the Fox Defendants' property.

3    275.    Defendants' inducement and encouragement includes but is not limited

4    to: Defendant WME giving the *Square One* script to the Chernin defendants and the

5    Meriwether defendants, the Chernin defendants' development and production of the

6    *New Girl* script with the Meriwether defendants in late 2010 and early 2011, defendant

7    Kasdan's continued direction and production of *New Girl*, and the Fox Defendants'

8    production and distribution of the show throughout the United States and world.

9    276.    Defendants continue to exploit *Square One* as *New Girl*, reaping

10   tremendous financial rewards and other pecuniary benefits.

11                                    *****

1   COUNT II – CONTRIBUTORY COPYRIGHT INFRINGEMENT

2       *Counts and Gold v. Elizabeth Meriwether; Elizabeth Meriwether Pictures;*
3       *William Morris Endeavor Entertainment, LLC; Peter Chernin; The Chernin*
4       *Group, LLC; Chernin Entertainment, LLC; Twenty-First Century Fox, Inc.;*
5       *Fox Entertainment Group, Inc.; Twentieth Century Fox Film Corporation;*
6       *Twentieth Century Fox Television, Inc.; Twentieth Television, Inc.; Twentieth*
7       *Century Fox International Television, Inc.; Twentieth Century Fox Home*
8       *Entertainment LLC; Fox Networks Group, Inc.; Fox Broadcasting Company;*
9       *Fox Television Stations, Inc.; Fox Digital Media; Fox International Channels,*
10      *Inc.;. Jacob Kasdan; American Nitwits*

11      277.    Plaintiffs hereby incorporate by reference the preceding paragraphs and

12   repeat and reallege each of the allegations as if fully set forth herein.

13      278.    Defendants have previously and continue to contributorily infringe on

14   Plaintiffs' copyrights by intentionally inducing or encouraging direct infringement of

15   Plaintiffs' copyrighted work *Square One,* as has been fully set forth in detail throughout

16   this complaint.

17      279.    Through their conduct alleged herein, said Defendants knowingly and

18   systematically induced, caused, materially contributed to and participated in the

19   infringement of Plaintiffs' copyrighted screenplay *Square One.*

20      280.    Defendants inducement and encouragement includes but is not limited to:

21   Defendant WME giving the *Square One* script to the Chernin defendants and the

22   Meriwether defendants, the Chernin defendants' development and production of the

23   *New Girl* script with the Meriwether defendants in late 2010 and early 2011, defendant

24   Kasdan's continued direction and production of *New Girl*, and the Fox Defendants'

25   production and distribution of the show throughout the United States and the world.

1    281.   Said Defendants therefore had knowledge of the infringing activity, and

2   nonetheless induced, and or materially contributed to the infringing conduct of the direct

3   infringers of Plaintiffs' copyrighted screenplay *Square One*.

4    282.   Defendants continue to exploit *Square One* as *New Girl*, reaping

5   tremendous financial rewards and other pecuniary benefits.

6                                    *****

1    COUNT III – VICARIOUS COPYRIGHT INFRINGEMENT

2    *Counts and Gold v. Elizabeth Meriwether; Elizabeth Meriwether Pictures;*
3    *William Morris Endeavor Entertainment, LLC; Peter Chernin; The Chernin*
4    *Group, LLC; Chernin Entertainment, LLC; Twenty-First Century Fox, Inc.;*
5    *Fox Entertainment Group, Inc.; Twentieth Century Fox Film Corporation;*
6    *Twentieth Century Fox Television, Inc.; Twentieth Television, Inc.; Twentieth*
7    *Century Fox International Television, Inc.; Twentieth Century Fox Home*
8    *Entertainment LLC; Fox Networks Group, Inc.; Fox Broadcasting Company;*
9    *Fox Television Stations, Inc.; Fox Digital Media; Fox International Channels,*
10   *Inc.;. Jacob Kasdan; American Nitwits*

11   283.   Plaintiffs hereby incorporate by reference the preceding paragraphs and

12   repeat and reallege each of the allegations as if fully set forth herein.

13   284.   Defendants vicariously infringed on Plaintiffs' copyright by profiting from

14   direct infringement while declining to exercise a right to stop or limit the direct

15   infringement of Plaintiffs' copyrighted screen play *Square One,* as has been fully set forth

16   in detail throughout this complaint, and even after they became aware of the copyright

17   infringement.

18   285.   On information and belief, all Defendants received a direct financial and

19   economic benefit from the infringement of Plaintiffs' copyright in *Square One.*

20   286.   Defendants inducement and encouragement includes but is not limited to:

21   Defendant WME giving the *Square One* script to the Chernin defendants and the

22   Meriwether defendants, the Chernin defendants' development and production of the

23   *New Girl* script with the Meriwether defendants in late 2010 and early 2011, defendant

24   Kasdan's continued direction and production of *New Girl*, and the Fox Defendants'

25   production and distribution of the show throughout the United States and the world.

1      287.    Defendant WME has the right and ability to supervise the direct infringers

2    because its agents represent the direct infringers, represent a significant portion of the

3    writing and production team of *New Girl*,[13] and because it packaged the show for

4    production.

5      288.    Defendants had and have the right and ability to supervise the direct

6    infringers as they produced all aspects of *New Girl*, and were allowed to use Defendants

7    resources, staff, and properties in the production and exploitation of *New Girl*.

8      289.    On information and belief, Defendants also have and had the right and

9    ability to control the unauthorized reproduction, creation and use of derivatives,

10    distribution, performance, and display of Plaintiffs' copyrighted screenplay *Square One*

11    and the unauthorized distribution, sales, and exploitation to the public of *Square One* as

12    *New Girl*.

13      290.    Defendants continue to exploit *Square One* as *New Girl*, reaping

14    tremendous financial rewards and other pecuniary benefits.

15                              *****

---

[13]    See  Appendix  D.

COUNT IV – EQUITABLE RELIEF – RIGHT OF ATTRIBUTION[14]

*Counts and Gold v. Elizabeth Meriwether; Elizabeth Meriwether Pictures; William Morris Endeavor Entertainment, LLC; Peter Chernin; The Chernin Group, LLC; Chernin Entertainment, LLC; Twenty-First Century Fox, Inc.; Fox Entertainment Group, Inc.; Twentieth Century Fox Film Corporation; Twentieth Century Fox Television, Inc.; Twentieth Television, Inc.; Twentieth Century Fox International Television, Inc.; Twentieth Century Fox Home Entertainment LLC; Fox Networks Group, Inc.; Fox Broadcasting Company; Fox Television Stations, Inc.; Fox Digital Media; Fox International Channels, Inc.;. Jacob Kasdan; American Nitwits*

291.    Plaintiffs hereby incorporate by reference the preceding paragraphs and repeat and reallege each of the allegations as if fully set forth herein.

292.    Plagiarism is wrong.

293.    Plaintiffs created *Square One,* from which the Meriwether Defendants copied their original expression to write *New Girl.*

294.    The Fox Defendants—wholly owned and controlled by Twenty-First Century Fox, Inc.—registered the *New Girl* scripts and audiovisual works with the

---

[14] There is no debate or dispute as to the moral and ethical ground that plagiarism is wrong. Plagiarism, one of the "gravest" forms of dishonesty, "whether intended or not," is fraud. See NYU Steinhardt Policies and Procedures, Statement on Academic Integrity, http://steinhardt.ny.edu/policies/ academic_integrity. "Plagiarism is failure to properly assign authorship to a paper, a document, an oral presentation, a musical score and/or other materials, which are not your original work." Id.

The value of artistic expression lies in the attribution of the art to the originator—its creator. This "Right of Attribution" is the inalienable right of the originator, creator, or author of their expression. The denial and violation of this "Right of Attribution" not only does great harm and damage to the rightful author, but damages the social framework by undermining one of that framework's most basic principles—give credit where credit is due.

1    Copyright Office without crediting the show's true creators, Stephanie Counts and Shari

2    Gold.[15]

3        295.    Any differences between the *Square One* scripts and *New Girl* are so small

4    and insignificant that they cannot be afforded copyright protection, and are, in fact,

5    nothing more than transparent attempts to hide Defendants' blatant plagiarism. These

6    differences are more akin to eraser marks or ink blots on Stephanie and Shari's creation

7    and cannot be treated as original expression.

8        296.    Plaintiffs are entitled to equitable relief ensuring they are credited for

9    writing and creating *New Girl* because the four factor test governing when equitable relief

10   should be granted, explained in <u>eBay Inc. v. MercExchange</u>, 547 U.S. 388, 391 (2006), is

11   satisfied:

12       a.   Plaintiffs have suffered irreparable injury and have no recourse through
13            the law because the right of attribution is not statutorily recognized.

14       b.   Monetary damages alone are inadequate to compensate them for the
15            damage done to plaintiffs' professional writing reputations. Moreover,
16            acknowledgement in and of itself is intrinsically valuable to human
17            beings who have devoted significant portions of their lives to a project
18            for which they expected to be credited.

19       c.   Crediting Plaintiffs would impose no hardships on any defendant.

20       d.   The public interest would be served by such an acknowledgement as it
21            would be made aware of the true creators of a popular television show.

---

[15] Notably, false representations of material facts in an application for copyright registration subject the claimant to criminal liability. <u>See</u> Copyright Act, 17 U.S.C. § 506(e).

1    297.    Defendants continue to exploit *New Girl*, reaping tremendous financial

2    awards and other pecuniary benefits, and have not credited its true creators and

3    authors—Stephanie Counts and Shari Gold.

4    298.    Besides crediting Plaintiffs as the creators of *New Girl*, such equitable

5    relief should include the alteration of *New Girl*'s copyright registrations to note Stephanie

6    Counts and Shari Gold's authorship, Defendants should be made to issue corrections to

7    any advertisements, news articles, and any other written or visual material not properly

8    reflecting Plaintiffs' authorship, and Defendants should issue a public apology for their

9    collective failure to properly credit Plaintiffs as *New Girl*'s creators.

10    299.    Such equitable relief should also include the issuance of an injunction,

11    under 17 U.S.C. § 502, preventing the further copying, filming, reproduction,

12    performance, and distribution of *Square One* as *New Girl*.

13    300.    Such equitable relief should also include the impoundment, under 17

14    U.S.C. § 503(a), all copies of and equipment used to make the infringing show *New Girl* in

15    the possession of Defendants.

16                                          *****

1    WHEREFORE, Plaintiffs, Stephanie Counts and Shari Gold, demand that

2    Judgment be entered in their favor jointly and severally against all Defendants:

3    MERIWETHER DEFENDANTS (Elizabeth Meriwether, Elizabeth Meriwether

4    Pictures); DEFENDANT WME (William Morris Endeavor Entertainment, LLC);

5    CHERNIN DEFENDANTS (Peter Chernin, The Chernin Group, LLC *parent company of*

6    Chernin Entertainment, LLC); FOX DEFENDANTS (Twenty-First Century Fox, Inc.

7    *parent company* of Fox Entertainment Group, Inc. *parent company of* [Twentieth Century

8    Fox Film Corporation *parent company of* Twentieth Century Fox Television, Inc.,

9    Twentieth Television, Inc., Twentieth Century Fox International Television, Inc.,

10   Twentieth Century Home Entertainment LLC] *and* [Fox Networks Group, Inc. *parent

11   company of* Fox Broadcasting Company, Fox Television Stations, Inc., Fox Digital Media]

12   *and* Fox International Channels, Inc.); and KASDAN DEFENDANTS (Jacob Kasdan,

13   American Nitwits) all of whom may be collectively referred to herein throughout as

14   "Defendants" for compensatory damages, punitive damages, prejudgment interest, and

15   costs of suit, including recovery of reasonable attorneys' fees, and equitable relief as this

16   court deems just and appropriate for all the Causes of Action:

17          (a)    Compensatory damages;
18
19          (b)    Statutory damages;

20          (c)    Punitive and Exemplary damages to punish Defendants;

21          (d)    Exemplary damages against Defendants to set an example for
22                 others;

23          (e)    Attorneys' fees and court costs against Defendants;

1     (f)  An injunction halting the further copying, filming, reproduction,
2         performance, and distribution of *Square One* as *New Girl*;

3     (g)  The impoundment of all copies and equipment used to make *New*
4         *Girl* in the possession of Defendants; and

5     (h)  Such other and further relief as the Court deems just, necessary,
6         and appropriate.

7           *****

# Spoliation Notice

2    All Defendants are hereby put on notice to preserve any and all materials relating

3    to the claims contained within this Complaint, and any and all materials, or facts, which

4    are relevant to the resolution of the issues contained herein, construed in the broadest

5    possible way.

6                                                    *****

# DEMAND FOR JURY TRIAL

Plaintiffs hereby demand a trial by jury on all claims and issues so triable.

*****

*Respectfully submitted,*
RYAN LAW, PLC

*/s/ Andrew T. Ryan*
Andrew T. Ryan, Esquire
Ryan Law, PLC
Attorney ID No.: 227700
1901 Avenue of the Stars | 2nd Floor
Los Angeles, CA 90067
T:  (310) 957-2093
F:  (310) 496-1435
*Law Firm / Local Lawyer for Plaintiffs*

*/d/ January 16, 2014*

1      # VERIFICATIONS

2      ## VERIFICATION – STEPHANIE COUNTS

3      I, Stephanie Counts, hereby state that I am the Plaintiff in this action and that the

4      statements of fact made in PLAINTIFFS' COMPLAINT COPYRIGHT

5      INFRINGEMENT & RELATED CLAIMS are true according to my personal knowledge,

6      except as to those matters stated on information and belief, and as to those matters I

7      believe them to be true.

8                                    STEPHANIE COUNTS

9                                    */s/ Stephanie Counts*

10                                   */d/ January 16, 2014*


11

12     ## VERIFICATION – SHARI GOLD

13     I, Shari Gold, hereby state that I am the Plaintiff in this action and that the

14     statements of fact made in PLAINTIFFS' COMPLAINT COPYRIGHT

15     INFRINGEMENT & RELATED CLAIMS are true according to my personal knowledge,

16     except as to those matters stated on information and belief, and as to those matters I

17     believe them to be true.

18                                   SHARI GOLD

19                                   */s/ Shari Gold*

20                                   */d/ January 16, 2014*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing PLAINTIFFS' Complaint Copyright Infringement & Related Claims has been or is being filed with the Court of record and thereafter being served to all Defendants as listed below:

### ELIZABETH MERIWETHER;
ELIZABETH MERIWETHER
1626 N. Genesee Avenue
West Hollywood, CA 90046

### ELIZABETH MERIWETHER PICTURES;
ELIZABETH MERIWETHER PICTURES
8383 Wilshire Boulevard | Suite 500
Beverly Hills, CA 90211

ELIZABETH MERIWETHER PICTURES
141 El Camino Drive
Beverly Hills, CA 90211

### WILLIAM MORRIS ENDEAVOR ENTERTAINMENT, LLC;
WILLIAM MORRIS ENDEAVOR ENTERTAINMENT, LLC
9601 Wilshire Boulevard | 3rd Floor
Beverly Hills, CA 90210

WILLIAM MORRIS ENDEAVOR ENTERTAINMENT, LLC
Corporation Service Company
160 Greentree Drive | Suite 101
Dover, DE 19904

### PETER CHERNIN;
PETER CHERNIN
2327 La Mesa Drive
Santa Monica, CA 90402

### THE CHERNIN GROUP, LLC;
THE CHERNIN GROUP, LLC
1733 Ocean Avenue | Suite 500
Beverly Hills, CA 90401

1    CHERNIN GROUP, LLC
2    National Registered Agents, Inc.
3    160 Greentree Drive | Suite 101
4    Dover, DE 19904

5    *Parent company of*

6    **CHERNIN ENTERTAINMENT, LLC;**
7    CHERNIN ENTERTAINMENT, LLC
8    8383 Wilshire Boulevard | Suite 500
9    Beverly Hills, CA 90211
10
11    CHERNIN ENTERTAINMENT, LLC
12    National Registered Agents, Inc.
13    160 Greentree Drive | Suite 101
14    Dover, DE 19904

15    CHERNIN ENTERTAINMENT, LLC
16    9100 Wilshire Boulevard | Suite 400W
17    Beverly Hills, CA 90212

18    **TWENTY-FIRST CENTURY FOX, INC.**
19    TWENTY-FIRST CENTURY FOX, INC.
20    10201 West Pico Boulevard
21    Los Angeles, CA 90035

22    TWENTY-FIRST CENTURY FOX, INC.
23    Corporation Trust Company
24    1209 Orange Street
25    Wilmington, DE 19801

26    *Parent company of*

27    **FOX ENTERTAINMENT GROUP, INC.;**
28    FOX ENTERTAINMENT GROUP, INC.
29    10201 West Pico Boulevard
30    Los Angeles, CA 90035

31    FOX ENTERTAINMENT GROUP, INC.
32    C.T. Corporation System
33    818 W. Seventh Street
34    Los Angeles, CA 90017

1    *Parent company of*

2    **TWENTIETH CENTURY FOX FILM CORPORATION;**
3        TWENTIETH CENTURY FOX FILM CORPORATION
4        10201 West Pico Boulevard
5        Los Angeles, CA 90035

6        TWENTIETH CENTURY FOX FILM CORPORATION
7        C.T. Corporation System
8        818 W. Seventh Street
9        Los Angeles, CA 90017

10   *Parent company of*
11
12   **TWENTIETH CENTURY FOX TELEVISION, INC.;**
13       TWENTIETH CENTURY FOX TELEVISION, INC.
14       10201 West Pico Boulevard
15       Los Angeles, CA 90035

16       TWENTIETH CENTURY FOX TELEVISION, INC.
17       C.T. Corporation System
18       818 W. Seventh Street
19       Los Angeles, CA 90017

20   **TWENTIETH TELEVISION, INC.;**
21       TWENTIETH TELEVISION, INC.
22       10201 West Pico Boulevard
23       Los Angeles, CA 90035

24       TWENTIETH TELEVISION, INC.
25       C.T. Corporation System
26       818 W. Seventh Street
27       Los Angeles, CA 90017

28   **TWENTIETH CENTURY FOX INT'L TELEVISION, INC.;**
29       TWENTIETH CENTURY FOX INTERNATIONAL TELEVISION, INC.
30       10201 West Pico Boulevard
31       Los Angeles, CA 90035

32       TWENTIETH CENTURY FOX INTERNATIONAL TELEVISION, INC.
33       C.T. Corporation System
34       818 W. Seventh Street
35       Los Angeles, CA 90017

1    **TWENTIETH CENTURY FOX HOME ENTERTAINMENT LLC;**
2          TWENTIETH CENTURY FOX HOME ENTERTAINMENT LLC
3          10201 West Pico Boulevard
4          Los Angeles, CA 90035

5          TWENTIETH CENTURY FOX HOME ENTERTAINMENT LLC
6          Corporation Trust Company
7          1209 Orange Street
8          Wilmington, DE 19801

9    **FOX NETWORKS GROUP, INC.;**
10         FOX NETWORKS GROUP, INC.
11         10201 West Pico Boulevard
12         Los Angeles, CA 90035

13         FOX NETWORKS GROUP, INC.
14         Corporation Trust Company
15         1209 Orange Street
16         Wilmington, DE 19801

17   *Parent company of*
18
19   **FOX BROADCASTING COMPANY;**
20         FOX BROADCASTING COMPANY
21         10201 West Pico Boulevard
22         Los Angeles, CA 90035

23         FOX BROADCASTING COMPANY
24         C.T. Corporation System
25         818 W. Seventh Street
26         Los Angeles, CA 90017

27   **FOX TELEVISION STATIONS, INC;**
28         FOX TELEVISION STATIONS, INC.
29         10201 West Pico Boulevard
30         Los Angeles, CA 90035

31         FOX TELEVISION STATIONS, INC.
32         1211 Avenue of the Americas
33         New York, NY 10036

1       Fox Television Stations, Inc.
2       C.T. Corporation System
3       818 W. Seventh Street
4       Los Angeles, CA 90017

5       **Fox Digital Media;**
6       Fox Digital Media
7       10201 West Pico Boulevard
8       Los Angeles, CA 90035

9       **Fox International Channels, Inc.;**
10      Fox International Channels, Inc.
11      10201 West Pico Boulevard
12      Los Angeles, CA 90035

13      Fox International Channels, Inc.
14      407 N. Maple Drive
15      Beverly Hills, CA 90210

16      Fox International Channels, Inc.
17      Corporation Trust Company
18      1209 Orange Street
19      Wilmington, DE 19801

20      **Jacob Kasdan;**
21      Jacob Kasdan
22      5701 Green Oak Drive
23      Los Angeles, CA 90068
24
25      **American Nitwits**
26      American Nitits
27      5701 Green Oak Drive
28      Los Angeles, CA 90068

29                                          *****

30                                          *Respectfully submitted,*
31                                          Ryan Law, PLC

32                                          */s/ Andrew T. Ryan*
33                                          Andrew T. Ryan, Esquire

1                                     Ryan Law, PLC

2                                     Attorney ID No.: 227700

3                                     1901 Avenue of the Stars | 2nd Floor

4                                     Los Angeles, CA 90067

5                                     T:  (310) 957-2093

6                                     F:  (310) 496-1435

7                                     E: andrew.ryan@theryanlawgroup.com

8                                     *Law Firm / Local Lawyerfor Plaintiffs*

9                                     */d/ January 16, 2014*

1

# Appendix A

2

## Square One & New Girl Comparison

| New Girl | Square One |
|---|---|
| First scene of show begins with main character, Jess, talking to her best friend on the phone. | First scene of movie version of script begins with main character, Greer, leaving a message for her best friend. |
| Jess then discovers her boyfriend's infidelity. | Script begins with Greer discovering her husband's infidelity. |
| Flashback and voice overs are used to recall Jess's discovery of boyfriend's infidelity. | Flashback and voice overs are used to recall Greer's discovery of husband's infidelity. |
| Jess is doing an embarrassing, out-of-character strip tease when she finds her boyfriend with another lover. | Greer does an humiliating, completely uncharacteristic strip tease shortly after figuring out her husband is cheating on her. |
| **Jess's boyfriend's name is Spencer** – he is passive aggressive and a long-haired, hippie-ish person. | **Greer's husband's name is Spencer** – he is passive and condescending toward her and is a Southern-gentleman type. |
| Jess is in her late 20s. She is quirky and dorky, sings to herself a lot. She lives in LA. | Greer is in her early 30s. A little quirky, she is like a fish out of water in the southern environment where the script is set. |
| Jess's childhood best friend, **CeCe**, is beautiful, confident, and worldly. | Catherine "Cat" Cook (**initials "C.C."**) is Greer's childhood best friend. She is confident and a married mother of two. |
| Following her break up, Jess starts a new life by **moving in with three male roommates** she finds on Craigslist. | During her divorce, Greer starts her new life by **moving into a three-guy bachelor pad** with her brother's friends. |
| The guys had a roommate move out about a month before Jess applies and need a new person to fill the slot immediately. | The guys had a roommate move out about a month before Greer shows up and need a new roommate as soon as possible. |
| Jess goes through a mourning phase, binging on junk food. | Greer goes through a mourning phase, binging on junk food. |
| Nick, a roommate, is cynical and lacks motivation. He recently quit law school, got dumped by his girlfriend, and **is a bartender**. Nick is the roommate who has sexual chemistry with Jess. | Ben, a roommate, is cynical and lacks motivation. He recently quit a career as a NASCAR driver, dumps his pseudo-girlfriend during the plot, and **is a bartender**. Ben is the roommate who has sexual chemistry with Greer. |
| Nick and Jess push each other's buttons but listen to one another seriously. Jess tries to get Nick to care about life again. | Ben and Greer push each other but take each other's advice seriously. Greer tries to get Ben to care about life again. |
| CeCe thinks that Nick likes Jess and points it out to Jess, who denies it. | Cat thinks that Ben likes Greer, but Greer denies it when Cat tells her. |

| | |
|---|---|
| Schmidt, a roommate, is a flashy business guy. He has an exaggerated sense of self not endorsed by others, but is still loveable—if kind of awkward.  He is insecure and shares his concerns with Jess. The two have a brother/sister relationship. | Keegan, a roommate, is a loveable narcissist and seeks too much attention.  Others do not share his esteemed view of himself. In reality, he is insecure and confides in Greer. The two have a brother/sister relationship. |
| Schmidt used to be out of shape, but is now in very fit.  He acts out to cover his insecurity, sometimes by taking off his clothes. | Keegan used to be in great shape, he is an ex-coach, but is now a little out of shape. He flaunts his body, acting overly masculine to cover his insecurity. |
| Schmidt is also known as a ladies man. Yet he has trouble connecting on a deeper level with women. | JC, the third roommate, is a clean-cut ladies man with a job in a high-end hotel. He has trouble committing to relationships. Some of JC's identity and personalities are merged into Schmidt. |
| Coach, the third roommate (pilot episode only), is a macho, personal trainer. He has trouble talking to women.<br><br>**Coach solicits Jess's help in talking to women.**<br><br>Coach returns for several episodes in Season 3. | No direct analogue in *Square One,* but trouble talking with women is a characteristic Keegan shares with Coach. Keegan also has an athletic background.<br><br>**Keegan solicits Greer's help in talking to women.** |
| Winston is the current third male roommate.  He is a former Latvian basketball player. He is black, like Coach. | No analogue in *Square One.* |
| Nick insinuates Schmidt is gay in Chicks and Dicks script, to which Schmidt responds by posing in an overly masculine way, taking off his shirt. | JC implies Keegan is gay, to which Keegan overcompensates by posing in a display of masculinity. |
| Roommates take Jess out to the bar during her mourning phase to get her rebound sex.<br><br>This is a key bonding moment in the overall plot for the new roommates. | Roommates take Greer out to the bar as an intervention during her mourning phase.<br><br>This is a key bonding moment in the overall plot for the new roommates. |
| Jess and Schmidt help each other get dressed and prepared for respective hook ups. | Greer and Keegan get each other dressed and prepared for respective hook ups. |
| CeCe dresses Jess up to make her look hot. Jess is "presented" to the roommates and | Ben's sort-of girlfriend, Pam, fixes Greer up with makeup and hair styling.  Greer is |

| | |
|---|---|
| receives praise from them for how good she looks. Nick stares in a lingering way. | "presented" to the roommates who remark how hot she looks. Ben stares in a lingering way. |
| Other than Spencer, Jess has limited sexual experience. | Other than Spencer, Greer has limited sexual experience. |
| Nick and Jess discuss relationships and skepticism about love from the point of view of their respective sexes. | JC and Greer discuss relationships and skepticism about love from the point of view of their respective sexes. |
| Nick and Jess both have encounters with exes discussing their recent break ups. | JC and Greer both have encounters with exes discussing their recent break ups. |
| Jess has her first sex-only relationship with a guy named Sam in the second season. | Greer has her first sex-only relationship with a guy named Dusty, a philosophical pro-race car driver. |
| Jess also dates a man named Russell in the first season. Nick looks up to Russell. | Ben idolizes Dusty, due to his NASCAR career. |
| Jess has a dowdy, overly controlling boss named Tanya who lays her off for budget reasons. | Greer has a dowdy, overly controlling boss named Eleanor who fires her for fraternizing with a customer. |
| There is a "mean birdcat" that makes an appearance in the 1st season, living in the loft. Schmidt is afraid of it. | An ornery cat that an old roommate left in the bachelor pad has a bit role. |
| Nick starts a relationship in the 2nd season with a girl named Angie.  Angie is a stripper and is totally uninhibited.

Jess and Angie befriend each other to a degree before Jess and Nick eventually start going out. | Ben has a sort-of girlfriend named Pam, a yoga instructor, who is very uninhibited.

Pam and Greer have a substantial degree of friendly interaction before Greer ends up with Ben. |
| There is a bit character named Benjamin, Schmidt's annoying intern. | Ben is the name of one of the main characters. |
| Caroline is Nick's ex-girlfriend he has trouble getting over. | Carolyn is the name of Greer's mom. |
| Nick and Jess get together at the end of Season 2. | Ben and Greer get together at the end of the script. |
| At end of Season 1, ep. 24, Nick leaves, but then comes back to the apartment. All the roommates dance around to "You Shook Me All Night Long" by AC/DC. | When Greer does her strip tease as she burns her husband's clothes the song playing is "You Shook Me All Night Long" by AC/DC. |
| Near the end of Season 1, ep. 22, Jess and her boyfriend, Russell, deal with a lack of passion in their relationship. | Greer and Spencer go to therapy because Spencer says he is not attracted to her, i.e., there is a lack of passion in their relationship. |

1

1

# APPENDIX B

2

## TELEVISION INDUSTRY TERMS

3    *Agent* – is a person who finds jobs for actor, authors, film directors, producers, writers,

4    and other people in various entertainment businesses. An agent also defends, supports,

5    and promotes the interest of his/her clients. Agents cannot produce their own shows due

6    to conflicts of interest. A talent agent must be familiar with their clients. An agent has to

7    know what kind of work the client can and cannot do in order to match them with various

8    jobs. Having an agent is not required, but does help the artist in getting jobs. In many

9    cases casting directors, or other businesses, go to talent agencies to find artists they are

10   looking for. The agent is paid a percentage of the star's earnings (typically 10%).

11   *Agencies* – Top Entertainment Agencies – Creative Artists Agency (CAA), William

12   Morris Endeavor (WME), United Talent Agency (UTA), Gersh Agency (Gersh),

13   International Creative Management (ICM).

14   *Attachment* – is a term used in the industry when a person—e.g., actor, director,

15   producer—has agreed to work on a project. Usually this person, or sometimes entity, will

16   add value to a project and help secure financing because of their reputation and success in

17   the industry.

1     ***Coverage*** – is a term used in the industry when a script is an analysis and grading phase.

2     This is usually done by an internal department called a "story department" in an agency

3     or production company. Coverage includes the following:

4     ▪ **Identification:** Title, Author, Type of Material, Locale, Genre

5     ▪ **Logline:** A one sentence summary.

6     ▪ **Comment Summary:** A paragraph summary of the analysis.

7     ▪ **Grade:** *Excellent, Good, Fair, Poor* for categories that include
8     characterization, premise, storyline, production values, dialogue, and
9     more.

10     ▪ **Synopsis:** Summary of plot, usually one to three pages depending on
11     script quality.

12     ▪ **Budget:** The script reader's estimated budget.

13     ▪ **Analysis:** "Consider" or "pass"

14     ***Executive Producer*** – "An Executive Producer supervises, either on his own authority

15     (entrepreneur executive producer) or subject to the authority of an employer (employee

16     executive producer) one or more producers in the performance of all of his/her/their

17     producer functions on single or multiple productions."[16] In television, an Executive

18     Producer may also be the Creator/Writer of a series." An Executive Producer may not be

19     involved in any technical aspects of the film making or music process in the production,

20     but is still responsible for the overall production. In television productions, the executive

21     producer outranks the director, which is the opposite of film, and is not necessarily

22     affiliated with the writing team.

---

[16] "Frequently Asked Questions," Producer's Guild of America, http://www.producersguild.org/?page=faq

1  ***Nielsen Ratings*** –Nielsen results use two measurements: ratings points and share. There

2  are approximately, as of 2012, 114.2 million television households in the United States. A

3  ratings point is one percent of that number, about 1,142,000 households. In contrast,

4  share only measures the percentage of televisions *in use* tuning in to a particular show. In

5  other words, share represents the percentage of how many televisions actually being used

6  are watching one show, while ratings points describe how many televisions are tuned in to

7  one show out of the entire population of televisions.

8  ***Packaging –*** When a talent agency puts together certain aspects and features of a

9  television show, such as casting, and delivers it to the studio for a fee.

10  ***Pitching*** – When a producer or writer has a project (a screenplay or television show) and

11  verbally tells the story over the phone or in person to get an executive or agent interested

12  in the project.

13  **Producer** – "A Producer initiates, coordinates, supervises and controls, either on his own

14  authority, or subject to the authority of an employer, all aspects of the motion-picture

15  and/or television production process, including creative, financial, technological and

16  administrative. A Producer is involved throughout all phases of production from

17  inception to completion, including coordination, supervision and control of all other

1    talents and crafts, subject to the provisions of their collective bargaining agreements and

2    personal service contracts."[17]

3    **Project** – a writer's screenplay or television show.

4    **Reader** – a person who is hired to review a script and write coverage.

5    **Repped** – entertainment industry phrase that means "represented by."

6    **Representation** – an agent or manager.

7    **Script** –a term used in the industry for a screenplay.

8    **Showrunner** –a term originating in the United States television industry referring to the

9    person who is responsible for the day-to-day operation of a television series—although

10    such persons generally are credited as an executive producer or supervising producer.

11    This should not be confused with runners, who are the most junior members of the

12    production team, though sometimes showrunners are called "runners" in short.

13    **Solicited material** – an agent or producer asks to read the project.

14    **Unsolicited Material** – the submission of a project not asked for by an agent or producer.

---

[17] "Frequently Asked Questions," Producer's Guild of America,   http://www.producersguild.org/
?page=faq

1

# Appendix C

2

## Writing Credits for *New Girl*

3    ▪ Elizabeth Meriwether (55 episodes, 2011-2013)

4    ▪ Rebecca Addelman (15 episodes, 2012-2013)

5    ▪ Kim Rosenstock (15 episodes, 2012-2013)

6    ▪ Josh Malmuth (13 episodes, 2011-2013)

7    ▪ Berkley Johnson (12 episodes, 2011-2013)

8    ▪ Nick Adams (10 episodes, 2011-2013)

9    ▪ Christian Magalhaes (9 episodes, 2012-2013)

10   ▪ Robert Snow (9 episodes, 2012-2013)

11   ▪ J.J. Philbin (7 episodes, 2011-2013)

12   ▪ Luvh Rakhe (7 episodes, 2011-2013)

13   ▪ Brett Baer (5 episodes, 2012-2013)

14   ▪ Dave Finkel (5 episodes, 2012-2013)

15   ▪ Donick Cary (4 episodes, 2011-2012)

16   ▪ Kay Cannon (4 episodes, 2012-2013)

17   ▪ David Iserson (2 episodes, 2012-2013)

18   ▪ Ryan Koh (2 episodes, 2012-2013)

19   ▪ Joe Port (2 episodes, 2012)    - maybe

20   ▪ Lesley Wake (2 episodes, 2012)

21   ▪ David Walpert (2 episodes, 2012)

22   ▪ Joe Wiseman (2 episodes, 2012)

1
2

# APPENDIX D

## WME *New Girl* Representation

| WRITERS | AGENT | # EPISODES |
|---|---|---|
| Liz Meriwether | WME - Cori Wellins, Cliff Roberts | 57 |
| Rebecca Adelman | Characters Talent Agency | 15 |
| Kim Rosenstock | WME- Derek Baski(sp?), Sara Smelt (sp?) | 15 |
| Josh Malmuth | no rep | 14 |
| Berkley Johnson | WME - Dan Shear | 12 |
| Nick Adams | WME - Scott Seidel | 11 |
| Christian Magalhaes | no rep | 9 |
| Robert Snow | no rep | 9 |
| JJ Philbin | UTA | 7 |
| Luvh Rahke | UTA- Geoff Morley | |
| Brett Baer | no rep | |
| David Finkel | no rep | |
| Donick Carey | WME - Cori Wellins, Jeff Gorin | 4 |
| Kay Cannon | WME - Lisa Harrison, Tom Wellington | 4 |
| Ryan Koh | no rep | |
| David Iverson | UTA | |
| Joe Port | UTA | |
| Lesley Wake | no rep | |
| David Walpert | no rep | |
| Joe Wiseman | UTA | |
| Rachel Axler | WME - Lisa Harrison | 1 |
| Alex Cuthbertson | WME - Blake Fronstin | 1 |
| David Feney | UTA | |
| Matt Fusfeld | WME - Blake Fronstin | |
| Sophia Lear | no rep | |
| Rob Rossell | CAA | |
| | | |
| DIRECTORS | AGENT | # EPISODES |
| Jake Kasdan | Lit - Philip Raskind, Talent - Sharon Jackson & Theresa Kang | 7 |
| *Jesse Peretz* | *UTA- Blair Kohan* | *5* |
| *Max Winkler* | *CAA* | *5* |
| *Fred Goss* | *APA/ UTA* | *4* |
| Peyton Reed | Brandt Joel, Philip Raskind | 3 |
| Tristram Shapeero | Talent - Lisa Harrison/ Lit - Philip Amecourt | 3 |
| *Lynn Shelton* | *UTA* | *3* |
| *Jason Winer* | *ICM* | *2* |
| *Steve Pink* | *UTA (Formerly of WME)* | *2* |
| *Michael Spiller* | *ICM* | *2* |
| *Alec Berg* | *Hansen* | *1* |
| Miguel Arteta | WME - David Lubliner | *1* |
| John Hamburg | WME - Philip Raskind | *1* |
| Eric Appel | WME - Philip Amecourt | 1 |

| | | |
|---|---|---|
| Daniel Attias | WME - Scott Seidel | 1 |
| Neal Brennan | CAA | |
| Nanette Burstein | CAA | |
| Larry Charles | WME - Jeff Gorin | |
| Tucker Gates | UTA | |
| Troy Miller | WME- Amanda Kogan, Ari Emanuel, Melissa Myers, Sean Perry | 1 |
| Matt Shakman | WME - Rob Carlson | 1 |
| David Wain | WME - Talent -Sharon Jackson, Lit- Philip Raskind | 1 |
| Jason Woliner | UTA | |
| Craig Zisk | UTA | |
| Russ T. Alsobrook | WME - theatrical - Jason Pagni; talent- Devin Mann | 1 |
| Andrew Fleming | WME - Dan Aloni | 1 |
| Nicholas Jasenovec | UTA | |
| David Katzenberg | WME - Cliff Roberts | 1 |
| Trent O'Donnell | Lit - Yellow Agency | |
| Lorene Scafaria | CAA | |
| Matt Sohn | | |
| | | |

| NAME | AGENT | #EPISODES |
|---|---|---|
| Megan Mascena Gaspar | no rep | 51 |
| Brett Baer | no rep | 49 |
| Peter Chernin | WME - when show started/ now UTA | 49 |
| Dave Finkel | no rep | 49 |
| Liz Meriwether | WME - Cori Wellins, Cliff Roberts | 49 |
| Jake Kasdan | WME - Lit - Philip Raskind, Talent - Sharon Jackson & Theresa Kang | 48 |
| Katherine Pope | WME - Rick Rosen | 48 |
| Zooey Deschanel | CAA | 34 |
| J.J. Philbin | UTA | 34 |
| Luvh Rahke | UTA | 33 |
| Donick Cary | WME - Cori Wellins, Jeff Gorin | 32 |
| Erin O'Malley | WME-Devin Mann, Jason Pagni | 29 |
| Dana Fox | WME - Cori Wellins, Cliff Roberts | 15 |
| Rachel Axler | WME - Lisa Harrison | 11 |
| Alex Cuthbertson | WME - Blake Fronstin | 1 |
| Matt Fusfeld | WME - Blake Fronstin | 1 |
| | | |

| ACTORS | REP | ROLE |
|---|---|---|
| Zooey Deschanel | CAA | Jess |
| Jake Johnson | UTA | Nick |
| Max Greenfeld | WME - (talent) - Brandt Joel, Philip Raskind, Richard Weitz | Schmidt |
| Lamorne Jones | Resolutioni | Winston |
| Hannah Simone | Gersh | CeCe |
| | | |
| TOTAL | **WME – 34**; UTA – 16; CAA – 7; Misc. – 7 ; No rep. – 12 | |

1

# Appendix E

2

## Copyright Registration for Square One

3                                            ▪ *Square One (2006);*

4                                            ▪ *Square One (2007);*

5                                            ▪ *Square One (2008); and*

6                                            ▪ *Square One (2009).*

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PAu 3-699-700**

**Effective date of
registration:**

December 23, 2013

## Title

**Title of Work:** SQUARE ONE

**Contents Titles:** SQUARE ONE:

SQUARE ONE (2006);

SQUARE ONE (2007);

SQUARE ONE (2008);

SQUARE ONE (2009)

## Completion/Publication

**Year of Completion:** 2009

## Author

- **Author:** Stephanie Counts

  **Author Created:** text

  **Work made for hire:** No

  **Citizen of:** United States

- **Author:** Shari Gold

  **Author Created:** text

  **Work made for hire:** No

  **Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Stephanie Counts

560 Riverview Road, Athens, GA, 30606, United States

**Copyright Claimant:** Shari Gold

5888 West 74th Street, Los Angeles, CA, 90045, United States

## Certification

**Name:**   Francis Malofiy, Esquire

**Date:**   December 23, 2013

---



**Registration #:**  PAU003699700
**Service Request #:**  1-1094944621



Francis Alexander, LLC
Francis Malofiy
1125 Walnut Street
Philadelphia, PA 19107  United States



Library of Congress
United States Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

Return if not delivered within 5 days



UNITED STATES POSTAGE

U.S. OFFICIAL MAIL
PENALTY FOR
PRIVATE USE $300

PITNEY BOWES

02 1R          $ 00.46⁰
0000012546    DEC 30  2013
MAILED FROM ZIP CODE 20540

1910784918 CO3i