1  Francis Malofiy, Esquire
2  Francis Alexander, llc
3  280 N. Providence Rd. | Suite 105
4  Media, PA 19063
5  T: (215) 500-1000
6  F: (215) 500-1005
7  E: francis@francisalexander.com
8  *Law Firm / Lawyer for Plaintiffs*
9  *Pa. Supreme Court ID No.: 208494*

10              United States District Court
11              Central District of California

12  _____

Stephanie Counts;
  *and*
Shari Gold
        *Plaintiffs*

        v.

Elizabeth Meriwether, *et al.*
        *Defendants*

No.: 2:14-cv-00396

Case Filed: Jan. 16, 2014

The Honorable Stephen V. Wilson

*Request for Entry of Default Against Defendants:*
▪  *Chernin Entertainment, LLC*
▪  *The Chernin Group, LLC*

13  _____

14      Plaintiffs' Request for Entry of Default Against
15      Defendant Chernin Entertainment, LLC and
16      Defendant The Chernin Group, LLC

17      Pursuant to Federal Rule of Civil Procedure 55(a), Plaintiffs hereby request the Clerk enter

18  Default against defendant Chernin Entertainment, LLC, and defendant The Chernin Group,

19  LLC, and in support thereof attach the executed Proofs of Service.

20      The Summons and Complaint were served upon defendant Chernin Entertainment on

21  April 10, 2014, via personal service on the company's registered agent for service of process:

22  National Registered Agents, Inc., 160 Greentree Drive, Suite 101, Dover, DE 19904. See Exhibit 1

23  – Proof of Service for Chernin Entertainment, LLC (*Doc. No. 21*).

24      The Summons and Complaint were served upon defendant The Chernin Group, LLC on

25  April 10, 2014, via personal service on the company's registered agent for service of process:

1    National Registered Agents, Inc., 160 Greentree Drive, Suite 101, Dover, DE 19904. See Exhibit 2

2    – Proof of Service for The Chernin Group, LLC (*Doc. No. 20*).

3         A response was due on or before May 1, 2014, within twenty-one (21) days of being served

4    with the Complaint, pursuant to Rule 12 et seq. As the Docket clearly reflects, a response has not

5    yet been filed by defendant Chernin Entertainment or defendant The Chernin Group and it is now

6    four (4) days past due. See Exhibit 3 – Counts, *et al.* v. Meriwether, *et al.*, Case Docket, as of May

7    5, 2014.

8         In being abundantly cautious, Plaintiffs' counsel reached out to lead counsel for the Fox

9    and Meriwether defendants, David Grossman, Esquire, on Friday, May 2, 2014, to discuss Chernin

10    Entertainment and The Chernin Group's status and other issues, and left a message for Mr.

11    Grossman informing him that the two Chernin companies were served but had not yet responded

12    to Plaintiffs' Complaint. Mr. Grossman called Plaintiffs' counsel back on Monday, May 5, 2014,

13    and left a message addressing certain issues, however, he did not indicate that he represents the

14    Chernin companies, that he will be entering his appearance on their behalf, or that they would be

15    joining the Motion to Dismiss filed by the Fox and Meriwether defendants.

16         To date, Chernin Entertainment and The Chernin Group do not even have attorneys of

17    record entered on the docket, nor has anyone reached out to Plaintiffs' counsel on behalf of these

18    defendants. Id.

19         Entry of Default is thus requested against defendant Chernin Entertainment, LLC and

20    defendant The Chernin Group, LLC.

21                      **\*\*\*\*\***

22                     *Respectfully submitted,*

23                     FRANCIS ALEXANDER, LLC

24                     /s/ Francis Malofiy

25                     280 N. Providence Rd. | Suite 105

26                     Media, PA 19063

27                     T: (215) 500-1000

28                     F: (215) 500-1005

29                     E: francis@francisalexander.com

30                     *Law Firm / Lawyer for Plaintiffs*

31                     *Pa. Supreme Court ID No.: 208494*

32                     */d/ May 5, 2014*

# Certificate of Service

1

2    I hereby certify that a true and correct copy of the foregoing REQUEST FOR ENTRY OF

3    DEFAULT ON DEFENDANT CHERNIN ENTERTAINMENT, LLC AND DEFENDANT THE

4    CHERNIN GROUP, LLC and the accompanying DECLARATION have been served upon all

5    counsel of record via electronic filing or U.S. Mail on the date below.

6    David A. Grossman, Esquire
7    LOEB & LOEB LLP
8    10100 Santa Monica Blvd. Suite 2200
9    Los Angeles, CA 90067
10   T: (310) 282-2077
11   F: (310) 919-3943
12   *Attorney for defendants Elizabeth Meriwether, Elizabeth Meriwether Pictures, Twenty-First Century*
13   *Fox, Inc., Fox Entertainment Group, Inc., Twentieth Century Fox Film Corporation, Twentieth*
14   *Television, Inc., Twentieth Century Fox Int'l Television, Inc., Twentieth Century Fox Home*
15   *Entertainment, LLC, Fox Network Group, Inc., Fox Broadcasting Company, Fox Television Stations,*
16   *Inc., and Fox International Channels, Inc.*

17   Jonathan Zavin, Esquire
18   LOEB & LOEB LLP
19   345 Park Avenue
20   New York, NY 10154
21   T: (212) 407-4000
22   F: (212) 407-4990
23   E: jzavin@loeb.com
24   *Attorney for defendants Elizabeth Meriwether, Elizabeth Meriwether Pictures, Twenty-First Century*
25   *Fox, Inc., Fox Entertainment Group, Inc., Twentieth Century Fox Film Corporation, Twentieth-*
26   *Century Fox Television, Inc., Twentieth Television, Inc., Twentieth Century Fox Int'l Television, Inc.,*
27   *Twentieth Century Fox Home Entertainment, LLC, Fox Network Group, Inc., Fox Broadcasting*
28   *Company, Fox Television Stations, Inc., Fox Digital Media, and Fox International Channels, Inc.*

29   Eric B. Schwartz, Esquire
30   LOEB & LOEB LLP
31   10100 Santa Monica Boulevard Suite 2200
32   Los Angeles, CA 90067
33   T: (310) 282-2000
34   F: (310) 282-2200
35   E: eschwartz@loeb.com
36   *Attorney for defendants Elizabeth Meriwether, Peter Chernin, and Jacob Kasdan*
37

1    Michael J. Kump, Esquire
2    Gregory P. Korn, Esquire
3    KINSELLA WEITZMAN ISER KUMP AND ALDISERT LLP
4    808 Wilshire Boulevard 3rd Floor
5    Santa Monica, CA 90401
6    T: (310) 566-9800
7    F: (310) 566-9850
8    E: mkump@kwikalaw.com
9    E: gkorn@kwikalaw.com
10   *Attorneys for defendant William Morris Endeavor Entertainment, LLC*

11   Chernin Entertainment, LLC
12   1733 Ocean Ave.
13   Santa Monica, CA 90401
14   *Defendant*

15   The Chernin Group, LLC
16   1733 Ocean Ave.
17   Santa Monica, CA 90401
18   *Defendant*


19                                        *****

20                                        *Respectfully submitted,*

21                                        FRANCIS ALEXANDER, LLC
22                                        /s/ Francis Malofiy
23                                        280 N. Providence Rd. | Suite 105
24                                        Media, PA 19063
25                                        T:  (215) 500-1000
26                                        F:  (215) 500-1005
27                                        E: francis@francisalexander.com

28                                        *Law Firm / Lawyer for Plaintiffs*

29                                        *Pa. Supreme Court ID No.: 208494*

30                                        */d/ May 5, 2014*