# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Stephanie Counts et al

Plaintiff(s),

v.

Elizabeth Meriwether etal

Defendant(s).

CASE NUMBER:

2:14-cv-00396-SVW(CWx)

**NOTICE OF DEFICIENCY DEFAULT/DEFAULT JUDGMENT**

PLEASE TAKE NOTICE:

The Clerk cannot enter the requested **Default** of ___Chermin Entertainment LLC, The Chermin Group LLC filed on 5/5/2014___ for the following reason(s)

**Answer and/or Motion for Summary Judgment and/or Motion to Dismiss on file**

CLERK OF COURT

DATE: May 8, 2014

By: Phyllis Lopez

Deputy Clerk

phyllis_lopez@cacd.uscourts.gov