UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:14-cv-00396-SVW-CW | Date | May 14, 2014 |
|---|---|---|---|
| Title | Stephanie Counts, et al. v. Elizabeth Meriwether, et al. | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | | N/A |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| N/A | | N/A |

**Proceedings:** IN CHAMBERS ORDER DENYING DEFENDANTS' MOTION TO DISMISS AS MOOT [34]

    In view of the filing of plaintiffs' First Amended Complaint on May 12, 2014, defendants' motion to dismiss the original complaint is hereby DENIED as moot.

                                                           :

Initials of Preparer     PMC

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:14-cv-00396-SVW-CW | Date | May 14, 2014 |
|---|---|---|---|
| Title | Stephanie Counts, et al. v. Elizabeth Meriwether, et al. | | |

:

Initials of Preparer     PMC