1  Francis Malofiy, Esquire
2  FRANCIS ALEXANDER, LLC
3  280 N. Providence Rd. | Suite 105
4  Media, PA 19063
5  T: (215) 500-1000
6  F: (215) 500-1005
7  E: francis@francisalexander.com
8  *Law Firm / Lawyer for Plaintiffs*
9  *Pa. Supreme Court ID No.: 208494*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

---

| | |
|---|---|
| STEPHANIE COUNTS;<br>  *and*<br>SHARI GOLD<br>  *Plaintiffs*<br><br>V.<br><br>ELIZABETH MERIWETHER, *ET AL.*<br>  *Defendants* | No.: 2:14-CV-00396<br><br>CASE FILED: Jan. 16, 2014<br><br>The Honorable Stephen V. Wilson<br><br>*Notice of Errata* |

---

# NOTICE OF ERRATA

PLEASE TAKE NOTICE THAT Plaintiffs' Request for Entry of Default (*Doc. No. 45*) and Declaration (*Doc. No. 45-1*) filed on May 5, 2014, contain an error. Plaintiffs' filings incorrectly stated that Plaintiffs' counsel had left a phone message for defense counsel referencing the Chernin Companies on May 2, 2014. However, only defendant Peter Chernin, not his companies, was referenced in that message.

*****

*Respectfully submitted,*
FRANCIS ALEXANDER, LLC
/s/ Francis Malofiy
280 N. Providence Rd. | Suite 105
Media, PA 19063
T: (215) 500-1000
F: (215) 500-1005
E: francis@francisalexander.com

1
2
3
4

*Law Firm / Lawyer for Plaintiffs*
*Pa. Supreme Court ID No.: 208494*

*/d/ May 15, 2014*

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing NOTICE OF ERRATA has been served upon all counsel of record via electronic filing.

David A. Grossman, Esquire
LOEB & LOEB LLP
10100 Santa Monica Blvd. Suite 2200
Los Angeles, CA 90067
T: (310) 282-2077
F: (310) 919-3943
E: dgrossman@loeb.com
*Attorney for defendants Elizabeth Meriwether, Elizabeth Meriwether Pictures, Twenty-First Century Fox, Inc., Fox Entertainment Group, Inc., Twentieth Century Fox Film Corporation, Twentieth Television, Inc., Twentieth Century Fox Int'l Television, Inc., Twentieth Century Fox Home Entertainment, LLC, Fox Network Group, Inc., Fox Broadcasting Company, Fox Television Stations, Inc., Fox International Channels, Inc., Peter Chernin, Chernin Entertainment, LLC, The Chernin Group, LLC, Jacob Kasdan*

Jonathan Zavin, Esquire
LOEB & LOEB LLP
345 Park Avenue
New York, NY 10154
T: (212) 407-4000
F: (212) 407-4990
E: jzavin@loeb.com
*Attorney for defendants Elizabeth Meriwether, Elizabeth Meriwether Pictures, Twenty-First Century Fox, Inc., Fox Entertainment Group, Inc., Twentieth Century Fox Film Corporation, Twentieth-Century Fox Television, Inc., Twentieth Television, Inc., Twentieth Century Fox Int'l Television, Inc., Twentieth Century Fox Home Entertainment, LLC, Fox Network Group, Inc., Fox Broadcasting Company, Fox Television Stations, Inc., Fox Digital Media, and Fox International Channels, Inc.*

Eric B. Schwartz, Esquire
LOEB & LOEB LLP
10100 Santa Monica Boulevard Suite 2200
Los Angeles, CA 90067
T: (310) 282-2000
F: (310) 282-2200
E: eschwartz@loeb.com
*Attorney for defendants Elizabeth Meriwether, Peter Chernin, and Jacob Kasdan*

| | |
|---|---|
| 1 | Michael J. Kump, Esquire |
| 2 | Gregory P. Korn, Esquire |
| 3 | KINSELLA WEITZMAN ISER KUMP AND ALDISERT LLP |
| 4 | 808 Wilshire Boulevard 3rd Floor |
| 5 | Santa Monica, CA 90401 |
| 6 | T: (310) 566-9800 |
| 7 | F: (310) 566-9850 |
| 8 | E: mkump@kwikalaw.com |
| 9 | E: gkorn@kwikalaw.com |
| 10 | *Attorneys for defendant William Morris Endeavor Entertainment, LLC* |
| 11 | American Nitwits |
| 12 | Brett Baer |
| 13 | David Finkel |
| 14 | C/O David Grossman, Esquire |
| 15 | LOEB & LOEB LLP |
| 16 | 10100 Santa Monica Blvd. Suite 2200 |
| 17 | Los Angeles, CA 90067 |
| 18 | T: (310) 282-2077 |
| 19 | F: (310) 919-3943 |
| 20 | |
| 21 | *****  |
| 22 | *Respectfully submitted,* |
| 23 | FRANCIS ALEXANDER, LLC |
| 24 | /s/ Francis Malofiy |
| 25 | 280 N. Providence Rd. \| Suite 105 |
| 26 | Media, PA 19063 |
| 27 | T:  (215) 500-1000 |
| 28 | F:  (215) 500-1005 |
| 29 | E: francis@francisalexander.com |
| 30 | *Law Firm / Lawyer for Plaintiffs* |
| 31 | *Pa. Supreme Court ID No.: 208494* |
| 32 | |
| 33 | /d/ May 15, 2014 |