```
                 FILED
        CLERK, U.S. DISTRICT COURT
           MAY 29, 2014
        CENTRAL DISTRICT OF CALIFORNIA
        BY:    PMC        DEPUTY
```

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

STEPHANIE COUNTS;
*and*
SHARI GOLD
   *Plaintiffs*

v.

ELIZABETH MERIWETHER ET AL.
   *Defendants*

No.: 2:14-cv-00396

**The Honorable Stephen V. Wilson**

*Stipulation for Extension of Time*

# ORDER

AND NOW, in consideration of Plaintiffs' and Defendants' stipulation, it is ORDERED and DECREED, that Plaintiffs are permitted to respond or move in opposition to Defendants' Motion to Dismiss and Request for Judicial Notice by June 16, 2014; Defendants are permitted to reply by June 30, 2014; and the hearing for the Motion to Dismiss will be held on July 21, 2014.

*****

BY THE COURT

*/s/ Stephen V. Wilson*
_____
THE HONORABLE STEPHEN WILSON


DATED: May 29, 2014