UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:14-cv-00396-SVW-CWx | Date | July 16, 2014 |
|---|---|---|---|
| Title | Stephanie Counts et al. v. Elizabeth Meriwether et al. | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE |
|---|---|

| Paul M. Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:**     IN CHAMBERS ORDER Re: Plaintiff's Motion to Strike [79]

   The Court has reviewed Plaintiff's motion to strike Defendants' request for judicial notice. (Dkt. 79). The motion is DENIED. Defendants' request for judicial notice (Dkt. 75) is GRANTED. Plaintiff may submit a supplemental opposition to Defendants' motion to dismiss no later than August 11, 2014. Defendants' may submit a supplemental reply no later than August 25, 2014. The currently scheduled hearing is continued to September 15, 2014 at 1:30 p.m.

   IT IS SO ORDERED

:

Initials of Preparer     PMC