Francis Malofiy, Esquire
FRANCIS ALEXANDER, LLC
280 N. Providence Rd. | Suite 105
Media, PA 19063
T: (215) 500-1000
F: (215) 500-1005
E: francis@francisalexander.com
*Pa. Supreme Court ID No. 208494*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

---

| | |
|---|---|
| STEPHANIE COUNTS;<br>*and*<br>SHARI GOLD<br>          *Plaintiffs*<br><br>v.<br><br>ELIZABETH MERIWETHER ET AL.<br>          *Defendants* | No.: 2:14-cv-00396<br><br>**The Honorable Stephen V. Wilson**<br><br>*Plaintiffs' Supplemental Opposition Brief to Defendants' FRCP 12(b)(6) Motion to Dismiss*<br><br>Date: September 15, 2014<br>Time: 1:30 p.m.<br>Courtroom: 6<br><br>Complaint Filed: January 16, 2014 |

---

# PLAINTIFFS' SUPPLEMENTAL OPPOSITION BRIEF TO DEFENDANTS' FRCP 12(B)(6) MOTION TO DISMISS

## I. INTRODUCTION

These two works contain the same characters, the same love interests, and the same interpersonal dynamics. Defendants took *Square One* and rewrote it, leaving huge amounts of similarities between the works. They took Plaintiffs' protected expression and they must be held accountable. Notwithstanding the blatant similarities between the works,[1] Defendants filed their motion to dismiss, asking the Court to dismiss Plaintiffs' copyright infringement claims for a lack

---

[1] See Plaintiffs' Video Comparison and Citation Cards (see attached).

of substantial similarity, solely on the basis of a comparison between the audiovisual episodes of *New Girl* to the written *Square One* scripts. Plaintiffs pointed out that Defendants' tactics were disingenuous as they deliberately failed to judicially notice the copyrighted *New Girl* scripts, instead endeavoring to compare multi-million dollar Hollywood productions to *Square One*'s written scripts. Such a comparison stacks the deck in favor of Defendants who have the use of millions of dollars in casting, rewriting, and professional editing to create a final product in an entirely different medium.

Defendants, apparently conceding that the Court could not dismiss the case based only on a comparison of the *New Girl* videos to Plaintiffs' scripts, requested judicial notice for one version of the *New Girl* pilot script when filing their Reply (*Doc. No. 74*), titled "Chicks and Dicks: Second Network Draft" (*Doc. No. 75-1*). Plaintiffs asked that such request be struck given that Defendants judicially noticed the script at a point when Plaintiffs had no more opportunities to respond (*Doc. No. 79*). Although the Court denied the motion to strike (*Doc. No. 80*), it graciously ordered that Plaintiffs submit a supplemental response to Defendants' noticed material.

However, as demonstrated *infra*, Defendants have failed to authenticate the draft pilot script they submitted to the Court, the "Second Network Draft," and it is unclear how many other independently infringing *New Girl* drafts actually exist. Defendants argue that prior unpublished scripts are irrelevant, (*Doc. No. 74*, at p.10).[2] However, copyrighted scripts, and drafts circulated

---

[2] Defendants claim that if the Court were to be swayed by Plaintiffs' argument—that the underlying scripts are relevant—that the Court would be required to analyze "thousands of pages of drafts." To be clear, the burden is upon Plaintiffs, not the Court, to review and distill the evidence and present it in a manner easily digestible for the factfinder. It is Plaintiffs' position that limited targeted discovery would be appropriate so Plaintiffs—not the Court—can be burdened with sifting through thousands of pages.

on the internet, are obviously not unpublished and clearly must be examined for a fair adjudication. In light of Defendants' gamesmanship and attempts to hide the ball, Plaintiffs request the opportunity to conduct limited targeted discovery as to the number of scripts written, by whom, the individuals who helped rewrite or edit, which scripts were submitted to the Copyright Office, and the content of the actual copyrighted scripts. In this way Plaintiffs and the Court can know that all pertinent infringing material is being considered.

## II. Defendants Offered No Argument in Their Reply Concerning the Second Network Draft they Judicially Noticed

While Plaintiffs appreciate the opportunity to respond to Defendants' belated submission, they must express that they are unclear exactly what they are supposed to be responding to. As Plaintiffs noted in their Motion to Strike, Defendants judicially noticed the "Second Network Draft," but that script's existence *goes totally unmentioned or acknowledged in Defendants' Reply brief (Doc. No. 74)*. It is almost as if Defendants wrote their reply and as an afterthought threw in the supplemental request for judicial notice. Thus, there is no actual argument from Defendants' to which Plaintiffs' supplemental brief can properly address. It is remarkable that Defendants attached a critically important script at the 11th hour—a script they deliberately failed to judicially notice with their actual motion to dismiss—and then fail to include *any* analysis or argument concerning it.

## III. The Authenticity of the Second Network Draft Submitted by Defendants Is In Doubt

Plaintiffs have concerns that the *New Girl* pilot script submitted to the Court for judicial notice is not the actual copyrighted script and therefore is not properly authenticated for purposes of judicial notice. Judicially noticed materials must be in the public record and be authenticated

1   before judicial notice is proper. Branch v. Tunnell, 14 F.3d 449, 454 (9th Cir. 1994) (stating that
2   judicial notice is proper for "documents whose contents are alleged in a complaint and whose
3   authenticity no party questions, but which are not physically attached to the pleading"). Because
4   the authenticity of the *New Girl* script is in doubt, it should not be considered unless Defendants
5   can prove it was the version they submitted to the Copyright Office.

6   There are two main reasons for doubting the authenticity of the script submitted by
7   Defendants. **First**, the script submitted to the Court is identified as the "Second Network Draft,"
8   dated February 18, 2011 (*Doc. No. 75-1*). Plaintiffs are unclear why a "network draft" would be
9   submitted to the Copyright Office as the official registration, especially when the actual registration
10  title does not label it a draft. Notably, the submission of the *New Girl* script to the Copyright Office
11  occurred nearly three months later on April 5, 2011, according the certificate. **Second**, the script
12  is watermarked with the text "Myra Baluyut 03/02/2011 14:43:58 PST":



This watermark text was initially unnoticed by Plaintiffs as it is only present on the script itself, not the registration certificate, and is only revealed when the page is highlighted. The watermark also does not appear native to Adobe PDFs. Plaintiffs do not know who Ms. Baluyut is, or why the documents are time and dated stamped as such, but simple internet searches seem to indicate she works in Santa Monica, presumably for one of the defendants—not the Copyright Office. At the very least, because of the watermarking, it does not appear this script is a deposit from the Copyright Office raising doubts about the authenticity of this script, namely whether it is the version that was actually submitted to the Copyright Office. The deposits of *Square One* obtained by Defendants do not appear to have similar watermarking (*Doc. No. 64-1*). Plaintiffs and the Court deserve to know who Ms. Baluyut is, who she works for, what her position is, why the document has her name on it, why it is time and date stamped at all, and why it is dated March 2, 2011. These types of questions are the exact reason why Plaintiffs' request for limited targeted discovery in this matter is reasonable, so Plaintiffs can be burdened with uncovering these facts— not the Court.

Given that the script Defendants' have submitted to the Court for judicial notice is identified as a draft, something not evidenced anywhere on the copyright registration, and that the script submitted by Defendants does not appear to be a deposit from the Copyright Office, Plaintiffs demand that Defendants demonstrate this is, in fact, the *New Girl* pilot episode script given to the Copyright Office. After all, there was more than one draft of "Chicks and Dicks" circulated on the internet. If Defendants cannot demonstrate the Second Network Draft's authenticity, it should not be considered by the Court.

IV. **The Court Still Lacks Crucial Material It Needs Before it Can Make a Finding on Substantial Similarity; Limited Targeted Discovery Should Be Granted**

In addition, Defendants' judicial noticing of the *New Girl* pilot script is not sufficient to allow the Court to dismiss Plaintiff's copyright infringement claims. **First**, this version of the *New Girl* pilot script—labeled the "Second Network Draft"—is just *one of many* circulating in the public domain; another available on the internet is labeled the "First Network Draft."[3] Any one of those scripts could independently be considered infringing, and thus the Court must examine all of them before being able to dismiss Plaintiffs' case on substantial similarity grounds.[4] **Second**, Plaintiffs' claims of copyright infringement focus on the first several episodes of *New Girl* as compared to the *Square One* scripts. Defendants have inexplicably not judicially noticed these copyrighted scripts—***only*** one version of the *New Girl* pilot episode. As a result, the Court simply does not have all the pertinent material in front of it which is required to make an informed decision about Plaintiffs' copyright claims. Such omissions are not trivial; Defendants are endeavoring to have this case dismissed but have sought to leave evidence unaddressed which must be seen before the Court can make an informed decision.

Given this "hide-the-ball" strategy of Defendants, Plaintiffs request limited targeted discovery to ensure that all pertinent material is identified and analyzed. The analysis and collection of these scripts is a task best suited for discovery of a limited nature focusing on the number of scripts written, the individuals who helped write and edit the scripts, which scripts were

---

[3] Chicks and Dicks (First Network Draft), http://goodinaroom.com/wp-content/uploads/New-Girl-pilot-script.pdf. Obviously, Plaintiffs cannot vouch for the authenticity of this draft.

[4] Some of these versions are not copyrighted, are not public documents, and thus cannot be judicially noticed during a motion to dismiss. Moreover, although Defendants cites decisions for the proposition that earlier drafts are not relevant to the substantial similarity determination, (*Doc. No. 74*, at p.10), in none of those cases were the earlier drafts actually independently copyrighted or circulated on the internet as is the case here.

submitted to the Copyright Office, and the content of the actual copyrighted scripts filed with the Copyright Office.

## V. THE SECOND NETWORK DRAFT DEMONSTRATES THAT PLAINTIFFS' PROTECTED EXPRESSION WAS TAKEN BY DEFENDANTS

Defendants' tactic throughout this litigation has been to point out minor differences between the works and claim that those minor differences somehow nullify the overwhelming similarities. But as can be plainly seen *infra* the very pilot scripts upon which the *New Girl* show is based contain major differences in characters, as well as in scenes and dialog, from the audiovisual production. If even the copyrighted scripts upon which *New Girl* is based contain significant differences from the TV show, the mere fact that there are superficial differences between *Square One* and *New Girl* does not invalidate the substantial similarity that Plaintiffs have shown exists. Moreover, there are similarities in the Second Network Draft which reveal that *Square One* was copied by Defendants.

### a. The "Network Draft" Reveals Coach was Not Black Until He was Cast, Further Supporting that It is Essential to Review the Underlying Scripts

Defendants claims that *New Girl* is a "multi-racial" show while *Square One* just consists of whites. Def. Reply Brief (*Doc. No. 74*), at p.6. This spin is simply wrong and quite frankly insulting.[5] *New Girl*, as it was originally conceived, was not "multi-racial" in the slightest until it was actually cast. The Chicks and Dicks script reveals that Coach was originally supposed to be "super Jewish" and presumably white, not Black as he later appears in the TV show. See (*Doc. No. 75-1*, at p.31). An earlier version of the *New Girl* script, which was not judicially noticed by Defendants, Coach is

---

[5] Defendants also make outlandish characterizations that *New Girl* focuses on short-term relationships, while *Square One* focuses on a long term relationship.

also teased for being fat.[6] Coach in the show *New Girl*, of course, is not fat at all and instead is a fitness buff. Of note, Keegan in *Square One* is a former athlete who has gotten chubby, the same as the "original" Coach.

Not only does this similarity between *Square One* and *New Girl* help prove that *New Girl* was derived from *Square One* but the dissimilarity of the "Second Network Draft" as compared to the New Girl TV show also discredits Defendants' position that the differences between *Square One* and the New Girl TV show, such as the race of a character, necessarily means the works are not substantially similar.

### b. The Judicially Noticed Network Draft Reveals that Jess and Nick Were Always Meant to Be Together, Again Further Supporting Plaintiffs' Position that It Is Essential to Review the Underlying Scripts

The pilot script also bolsters an important subplot similarity between the works that Defendants have tried to minimize. That similarity is that Greer/Jess and their bartender roommates, Ben/Nick, are secretly into each other and eventually end up dating. Defendants claim that there scripts are actually different because "near the end of the second season, [Jess] *eventually* starts dating Nick." Def. Reply at p.8 (emphasis added). However, at the end of the pilot script it is made abundantly clear that defendant Meriwether always viewed Jess and Nick as potential love interests from the beginning of the show:

> Jess and Nick exchange an awkward hi-five that brings their faces awkwardly close together. **We think they might kiss**, and, instead, Jess licks Nick's nose.

---

[6] See Alan Sepinwall, Interview: '*New Girl*' Creator Liz Meriwether Post-Mortems Season 1, Hit Fix, (May 8, 2012), http://www.hitfix.com/blogs/whats-alan-watching/posts/interview-new-girl-creator-liz-meriwether-post-mortems-season-1

Chicks and Dicks (*Doc. No. 75-1*), at p.34 (emphasis added). These two works contain the same characters, the same love interests, and the same interpersonal dynamic. Defendants took *Square One* and rewrote it, leaving huge amounts of similarities between the works. It is clear they took Plaintiffs' protected expression and they must be held accountable.

### c. The Second Network Draft Reveals that the Stripping Scene in Both Works is More Similar that Previously Thought

One glaring similarity between *Square One* and *New Girl* is that both main characters do an out-of-character strip tease during their break ups with Spencer. The pilot script reveals an additional similarity in this scene that was apparently cut from the *New Girl* audiovisual pilot. In *Square One*, as Greer does her strip tease while breaking up with Spencer, it catches the attention of two teenaged boys playing in the street who are rather impressed with the show she is putting on. *Square One* (2009), at p.46 (*Doc. No. 64-1*). In "Chicks and Dicks," immediately prior to her embarrassing strip tease for Spencer, two boys playing in the street also see Jess only wearing her underwear and are likewise stunned. Chicks and Dicks, at p.2–3. In each script it is two younger boys who are impressed with the Greer/Jess's lack of clothing. It would be rather remarkable if two different scripts created around the same time just happened to coincidentally include a strip tease by a female lead, concerning a break up with a guy named Spencer, and the audience for the strip tease in both scripts includes two young boys playing in the street.

## VI.   Conclusion

Defendants would suffer no harm by giving the two women who wrote *Square One* the opportunity to conduct limited targeted discovery to ascertain the most basic facts about what *New Girl* scripts are relevant to this litigation, scripts that Defendants have been less than forthcoming in identifying or producing.

| | |
|---|---|
| 1 | \*\*\*\*\* |
| 2 | *Respectfully submitted,* |
| 3 | FRANCIS ALEXANDER, LLC |
| 4 | */s/ Francis Malofiy* |
| 5 | Francis Malofiy, Esquire |
| 6 | 280 N. Providence Rd. \| Suite 105 |
| 7 | Media, PA 19063 |
| 8 | T:  (215) 500-1000 |
| 9 | F:  (215) 500-1005 |
| 10 | E:  francis@francisalexander.com |
| 11 | *Pa. Supreme Court ID No.: 208494* |
| 12 | *Law Firm / Lawyer for Plaintiffs* |
| 13 | */d/ August 11, 2014* |

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing PLAINTIFFS' SUPPLEMENTAL OPPOSITION BRIEF TO DEFENDANTS' FRCP 12(B)(6) MOTION TO DISMISS have been served upon all counsel of record via electronic filing on the date below.

David A. Grossman, Esquire
LOEB & LOEB LLP
10100 Santa Monica Blvd. Suite 2200
Los Angeles, CA 90067
T: (310) 282-2077
F: (310) 919-3943
*Attorney for defendants Elizabeth Meriwether, Elizabeth Meriwether Pictures, Twenty-First Century Fox, Inc., Fox Entertainment Group, Inc., Twentieth Century Fox Film Corporation, Twentieth Television, Inc., Twentieth Century Fox Int'l Television, Inc., Twentieth Century Fox Home Entertainment, LLC, Fox Network Group, Inc., Fox Broadcasting Company, Fox Television Stations, Inc., Fox International Channels, Inc., Peter Chernin, Chernin Entertainment LLC, The Chernin Group LLC, Jacob Kasdan, American Nitwits, David Finkel, and Brett Baer*

Jonathan Zavin, Esquire
LOEB & LOEB LLP
345 Park Avenue
New York, NY 10154
T: (212) 407-4000
F: (212) 407-4990
E: jzavin@loeb.com
*Attorney for defendants Elizabeth Meriwether, Elizabeth Meriwether Pictures, Twenty-First Century Fox, Inc., Fox Entertainment Group, Inc., Twentieth Century Fox Film Corporation, Twentieth-Century Fox Television, Inc., Twentieth Television, Inc., Twentieth Century Fox Int'l Television, Inc., Twentieth Century Fox Home Entertainment, LLC, Fox Network Group, Inc., Fox Broadcasting Company, Fox Television Stations, Inc., Fox Digital Media, and Fox International Channels, Inc.*

Eric B. Schwartz, Esquire
LOEB & LOEB LLP
10100 Santa Monica Boulevard Suite 2200
Los Angeles, CA 90067
T: (310) 282-2000
F: (310) 282-2200
E: eschwartz@loeb.com
*Attorney for defendants Elizabeth Meriwether, Peter Chernin, and Jacob Kasdan*

```
 1    Michael J. Kump, Esquire
 2    Gregory P. Korn, Esquire
 3    KINSELLA WEITZMAN ISER KUMP AND ALDISERT LLP
 4    808 Wilshire Boulevard 3rd Floor
 5    Santa Monica, CA 90401
 6    T: (310) 566-9800
 7    F: (310) 566-9850
 8    E: mkump@kwikalaw.com
 9    E: gkorn@kwikalaw.com
10    Attorneys for defendant William Morris Endeavor Entertainment, LLC
11
12                              *****
13                              Respectfully submitted,
14                              FRANCIS ALEXANDER, LLC
15                              /s/ Francis Malofiy
16                              280 N. Providence Rd. | Suite 105
17                              Media, PA 19063
18                              T:  (215) 500-1000
19                              F:  (215) 500-1005
20                              E: francis@francisalexander.com
21                              Law Firm / Lawyer for Plaintiffs
22                              Pa. Supreme Court ID No.: 208494
23                              /d/ August 11, 2014
24
```

1.   **THE ADORABLE BUT DORKY PROTAGONIST DISCOVERS HER EX IS CHEATING ON HER –**
     Greer/Jess is the "adorkable" protagonist who learns that her ex—Spencer—is cheating on her. Spencer—the cheating ex—is the catalyst which sets both stories in motion. Because of his infidelity Greer/Jess is quick to find a new home, jumping into a 3-man bachelor pad. And so both stories begin …

In *Square One:* Greer **moves into a 3-man bachelor pad** after learning that **her ex—Spencer—was cheating on her**.

In *New Girl:* Jess **moves into a 3-man bachelor pa**d after learning that **her ex—Spencer—was cheating on her**.

In *both* stories: Greer/Jess is the **"adorkable" protagonist** who learns that **her ex—Spencer—is cheating on her.** Spencer—the cheating ex—**is the catalyst** which sets both stories in motion. Because of his **infidelity** Greer/Jess is quick **to find a new home**, jumping into **a 3-man bachelor pad**. And so both stories begin …

**SCRIPT:**     n/a
**VIDEO:**      n/a


2.   **SHE DOES A STRIPTEASE -**
     This striptease is extremely out of character for Greer/Jess. The striptease gives the audience a glimpse of each woman's desire to break out of her shell. The cheating ex—Spencer—is the catalyst and his infidelity the impetus for Greer/Jess needing to find a new home—the 3-man bachelor pad—and forging her friendships with her new male roommates.

In *Square One:* Greer does an awkward and humiliating **striptease** immediately *after* discovering **her ex—Spencer—was cheating on her**.

In *New Girl:* Jess does an awkward and humiliating **striptease** immediately *before* learning **her ex—Spencer—was cheating on her**.

In *both* stories: This **striptease** is extremely **out of character** for Greer/Jess. The **striptease** gives the audience a glimpse of each woman's **desire to break out of her shell**. The cheating **ex—Spencer—is the catalyst** and **his infidelity the impetus** for Greer/Jess **needing to find a new home**—the **3-man bachelor pad**—and forging her **friendships with her new male roommates**.

**SCRIPT:**     *Square One* **(2007) p.46**          Note: (2006) p.1-2; (2008) p.46; (2009) p.46 (minor changes)
**VIDEO:**      *New Girl* **(Season I: Episode 1 – "Pilot")**
                **Clip:   1:05 - 1:44**


3.   **SHE REALIZES HER LIFE IS A LIE -**
     Greer/Jess use the same language when she realizes that her previously "perfect relationship" was an absolute sham. This realization that "her life is a lie" forces Greer/Jess to move into a 3-man bachelor pad, with whom she soon becomes fast friends with her new 3-male roommates.

In *Square One:* After Greer **discovers her ex—Spencer—is cheating** on her she proclaims **her life is a "lie."**

In *New Girl:* After Jess **discovers her ex—Spencer—is cheating** on her she proclaims **"My. Life. Is. A. Lie!"**

In *both* stories: Greer/Jess use the **same language** when she realizes that her previously "**perfect relationship**" was an absolute **sham**. This **realization** that **"her life is a lie"** forces Greer/Jess to move into a **3-man bachelor pad**, with whom she soon becomes fast **friends with her new 3-male roommates**.

**SCRIPT:**     *Square One* **(2006) p.1**
**SCRIPT:**     *Chicks n' Dicks* **(2011) p.8**

4. **SHE IS DEPRESSED AND WATCHES TV AND EATS JUNK FOOD –**
   Greer/Jess is depressed from the recent breakup with their ex—Spencer—and copes by watching TV on the couch and eating junk food which litters the table.

In *Square One:* After breaking up with her cheating ex—Spencer—and having moved into the 3 man bachelor pad, **Greer is depressed, on the couch, with junk food**.

In *New Girl:* After breaking up with her cheating ex—Spencer—and moving in to the 3 man bachelor pad, **Jess is depressed, on the couch, with junk food**.

In *both* stories: Greer/Jess is **depressed from the recent breakup** with their ex—Spencer—and copes by **watching TV on the couch** and eating **junk food which litters the table**.

| | | |
|---|---|---|
| **SCRIPT:** | *Square One* **(2008) p.8** | Note: (2007) p.8; (2009) p.10 (minor changes) |
| **VIDEO:** | *New Girl* **(Season 1: Episode 1 – "Pilot")** | |
| | **Clip:   5:31 - 5:45** | |

5. **SHE LEAVES HER EX WITH NO CLOTHES -**
   Because Greer/Jess left her cheating ex—Spencer—in hurried fashion, she took with her little or no clothes and has to go back to Spencer's house to get her clothes and things. The 3 bachelors let her borrow clothes to hold her over.

In *Square One:* After leaving her cheating ex—Spencer—in a hurried fashion, Greer **shows up** to 3-man bachelor pad literally with the **clothes on her back**.

In *New Girl:* After leaving her cheating ex—Spencer—in hurried fashion, Jess **shows up** to the 3-man bachelor pad literally with the **clothes on her back**.

In *both* stories:  Because Greer/Jess left her cheating ex—Spencer—in hurried fashion, she **took with her little or no clothes** and **has to go back** to Spencer's house **to get her clothes** and things. **The 3 bachelors let her borrow clothes to hold her over**.

| | | |
|---|---|---|
| **SCRIPT:** | *Square One* **(2009) p.2, 5** | Note: (2007) and (2008) p.3-4 (similar) |
| **VIDEO:** | *New Girl* **(Season 1: Episode 1 – "Pilot")** | |
| | **Clip1:  3:03 – 3:23** | |
| | **Clip2:  4:15 – 4:21** | |

6. **HER ROOMMATE ENCOURAGES HER TO LEAVE HER CHEATING EX –**
   Ben/Nick helps Greer/ Jess recognize that she has outgrown her unhealthy, old relationship with her cheating ex—Spencer—and that it's time to move on. The relationship between Greer/Jess and Ben/Nick begins to develop—even as she is forced to let her old relationship die.

In *Square One:* Ben **encourages Greer to end it** with her cheating ex—Spencer—and that **it's time to move on.**

In *New Girl:* Nick **encourages Jess to end it** with her cheating ex—Spencer—and that **it's time to move on.**

In *both* stories: Ben/Nick helps Greer/ Jess recognize that **she has outgrown her unhealthy, old relationship** with her cheating ex—Spencer—and that **it's time to move on**. The subplot relationship between Greer/Jess and Ben/Nick begins to take form—even as she is forced to **let her old relationship die**.

**SCRIPT:**     *Square One* **(2009) p.30**
**VIDEO:**      *New Girl* **(Season 1: Episode 2 – "Kryptonite")**
               **Clip:   10:55 – 11:18**

**7. SHE HAS A PUBLIC BREAKUP ON THE FRONT LAWN –**
**Greer/Jess still has feelings for her cheating ex—Spencer—but then publicly and permanently ends the relationship on his front lawn. This public parting cements the end of her relationship with Spencer and the beginning of her relationship with 3-male roommates in the bachelor pad**

In *Square One:* Greer leaves **her ex—Spencer**—for good in a dramatic, very **public breakup** scene in the **front yard of their house**.

In *New Girl:* Jess leaves **her ex—Spencer**—for good in a dramatic, very **public breakup** scene in the **front yard of their house**.

In *both* stories:  Greer/Jess still has feelings for her cheating ex—Spencer—but then publicly and permanently **ends the relationship on his front lawn**. This public parting cements the **end of her relationship with Spencer** and the **beginning of her relationship with 3-male roommates** in the **bachelor pad**.

**SCRIPT:**     *Square One* **(2009) p.47-48**                Note: (2007) and (2008) p.46-47 (minor changes)
**VIDEO:**      *New Girl* **(Season 1: Episode 2 – "Kryptonite")**
                **Clip1:  14:59 – 15:18**
                **Clip2:  17:25 – 17:45**
                **Clip3: 18:25 – 18:40**

---

**8. SHE IS PRESENTED TO THE 3 BACHELORS AS THEIR NEW HOTTER ROOMMATE –**
**Greer/Jess is presented to the 3 bachelors where they stare at her surprised. She has seemingly shed her dorky, awkward persona and changed into an attractive young lady.**

In *Square One:* After Greer breaks up with her cheating ex—Spencer—she is **presented to her roommates** as **"your new, hotter roommate**."

In *New Girl:* After Jess breaks up with her cheating ex—Spencer—she is **presented to her roommates** as a **"hotter"** Jess.

In *both* stories: She is **presented to the roommates** where they **stare at her** surprised. She has seemingly shed her dorky, awkward persona and **changed into an attractive young lady**.

**SCRIPT:**     *Square One* **(2008) p.71**                   Note: (2007) p.71; (2009) pg. 71 (minor changes)
**VIDEO:**      *New Girl* **(Season 1: Episode 1 – "Pilot")**
                **Clip:    17:27 – 17:58**

---

**9. HER BEST FRIEND--C.C./CeCe—IS SEXUALLY SOPHISTICATED -**
**Greer/Jess's best-friend-forever (C.C. /CeCe) who is an attractive and sexually sophisticated woman, gives Jess advice and tries to help Greer/Jess get over her old relationship with her cheating ex—Spencer—by having a one night stand or "rebound sex."**

In *Square One:* Greer gets **advice about sex** from her **attractive best-friend Cat Cook (C.C.)** who tries to help her get over her past relationship with her cheating ex—Spencer—by having **a one-night stand or "rebound sex."**

In *New Girl:* Jess gets **advice about sex** from her **attractive best-friend CeCe** who tries to help her get over her past relationship with her cheating ex—Spencer—by having **a one-night stand or "rebound sex."**

In *both* stories: **Greer/Jess's best-friend-forever (C.C. /CeCe)** who is an attractive and **sexually sophisticated** woman, **gives Jess advice** and tries to help Greer/Jess get over her old relationship with her cheating ex—Spencer—by having **a one night stand or "rebound sex."**

**SCRIPT:**     *Square One* **(2007) p.97**                   Note: (2008) p.97-98; (2009) p.96 -97
**VIDEO:**      *New Girl* **(Season 1: Episode 13 - "Valentine's Day")**
                **Clip1: 2:00 – 2:30**

10. **ONE OF HER ROOMMATES—KEEGAN/SCHMIDT—IS A TYPE-A CHARASMATIC "PLAYBOY" – Keegan/Schmidt is a Type-A, over-the-top charismatic "playboy" who with an inflated ego attempts, but equally fails, to impress the ladies with his charm.**

In *Square One:* Keegan is the over-the-top, **lovable narcissist** acts the role of a **"player"** and tries to **impress the ladies** with his **charm**.

In *New Girl:* Schmidt is the over-the-top, **lovable narcissist** acts the role of a **"player"** and tries to **impress the ladies** with his **charm**.

In *both* stories: He is a **Type-A, charismatic and narcissistic "playboy"** who with an **inflated ego** attempts, but equally **fails, to impress the ladies with his charm.** Greer/Jess **see through his façade,** knowing deep down **he's a good guy**.

**SCRIPT:**  *Square One* **(2006) p.25**   Note: (2007) and (2008) p.2 (minor changes); (2009) p.3 (minor changes)
**VIDEO:**  *New Girl* **(Season 1: Episode 1 – "Pilot")**
           **Clip:  15:09 - 16:35**

**SCRIPT:**  *Square One* **(2008) p.54**                                    Note: (2007) p.54; (2009) p.54-55
**VIDEO:**  *New Girl* **(Season 1: Episode 5 – "CeCe Crashes")**
`          **Clip:  17:57 - 18:33**


11. **ONE OF HER ROOMMATES—JC/COACH—IS A COACH – JC/Coach is the roommate who is a Coach and is bad at relating to women and Greer/Jess offers him advice.**

In *Square One:* JC is the **roommate** who is an **"Assistant Football Coach."**

In *New Girl:* Coach is the **roommate** who is the **athletic fitness coach**.

In *both* stories: He is the roommate who is a **Coach** and is **bad at relating to women** and Greer/Jess **offers him advice**.

**SCRIPT:**  *Square One* **(2006) p.25**        Note: (2007) p.2-3; (2008) p.2-3; (2009) p.3-4 (minor changes)
**VIDEO:**  *New Girl* **(Season 1: Episode 1 – "Pilot")**
`          **Clip1:  8:55 - 9:08**
`          **Clip2:  9:17 - 9:23**


12. **ONE OF HER ROOMMATES—BEN/NICK—IS THE PESSIMIST BARTENDER - Ben/Nick is the pessimist, bartender roommate who was recently dumped, is down on his luck, but begins to fall for Greer/Jess.**

In *Square One:* Ben is the **pessimist roommate** who is a **bartender** at their **local bar**.

In *New Girl:* Nick is the **pessimist roommate** who is a **bartender** at their **local bar**.

In *both* stories: He is the **pessimist, bartender roommate** who was **recently dumped**, is **down on his luck**, but **begins to fall** for Greer/Jess.

**SCRIPT:**  *Square One* **(2008) p.90**              Note: (2007) p.90; (2009) p.90-91 (added dialogue)
**VIDEO:**  *New Girl* **(Season I: Episode 1 – "Pilot")**
           **Clip: 12:31 - 13:07**

**13. SHE COOKS FOR THE BACHELORS TRYING HER BEST TO PLAY MOTHER HEN –**
**The newly moved in Greer/Jess cooks—playing mother hen as best she can—for the 3 bachelors as she introduces herself to her roommates and tries to fit in with the boys.**

In *Square One:* **Greer cooks** a meal for her roommates in a way **to introduce herself**.

In *New Girl:* **Jess cooks** a meal for her roommates in a way **to introduce herself**.

In *both* stories: The newly moved in **Greer/Jess cooks—playing mother hen** as best she can—for the 3 bachelors as she **introduces herself** to her roommates and **tries to fit in with the boys**.

| | | |
|---|---|---|
| **SCRIPT:** | *Square One* **(2009) p.14** | Note: (2007) p.12; (2008) p.12 |
| **VIDEO:** | *New Girl* **(Season I: Episode 1 – "Pilot")** | |
| | **Clip1:  1:37 – 1:53** | |
| | **Clip2: 2:22 – 2:23** | |

---

**14. SHE DRESSES UP FOR A PARTY IMPRESSING HER ROOMMATES –**
**Greer/Jess impresses her roommates by wearing an amazing dress for a party that they will later go to. Greer/Jess coming out of her shell by suppressing her "adorable" sense of style, causes the boys to be wowed, virtually repeating the same expressive lines, "Wow! Look at You" / "Wow, You look great!"**

In *Square One:* Greer walks into the room wearing an amazing dress before a party.  The roommates are wowed and one of them says, "Wow! Look at you!"

In *New Girl:* Jess walks into the room wearing an amazing dress before a party. The roommates are wowed and one of them says, "Wow! You look great!"

In *both* stories: She impresses her roommates by wearing an **amazing dress for a party** that they will later go to. Greer/Jess coming out of her shell by **suppressing her "adorable" sense of style**, causes the boys to be **wowed**, virtually repeating the same expressive lines, **"Wow! Look at You" / "Wow, You look great!"**

| | | |
|---|---|---|
| **SCRIPT:** | *Square One* **(2009) p.53** | Note: (2007) p.52; (2008) p.52 |
| **VIDEO:** | *New Girl* **(Season I: Episode 3 – "Wedding")** | |
| | **Clip1:  0:00 – 0:05** | |
| | **Clip2: 0:22 – 0:30** | |
| | **Clip3: 1:17 – 1:25** | |
| | **Clip4: 1:35 – 1:37** | |

---

**15. HER BEST FRIEND SUSPECTS THAT SHE LIKES HER ROOMMATE—BEN/NICK –**
**Greer/Jess's best-friend-forever (C.C. /CeCe) who is attractive and sexually sophisticated is the first to suspect that that they like each other.**

In *Square One:* Greer's **best-friend** Cat Cook (**C.C.**) is the **first to suspect** Ben **likes** Greer.

In *New Girl:* Jess's **best-friend CeCe** is the **first to suspect** that Nick **likes** Jess.

In *both* stories: Greer/Jess's **best-friend-forever** (**C.C.** /CeCe) who is **attractive and sexually sophisticated** is the **first to suspect** that that **they like each other**.

| | | |
|---|---|---|
| **SCRIPT:** | *Square One* **(2009) p.97** | Note: (2007) p.97; (2008) p.97 |
| **VIDEO:** | *New Girl* **(Season 1: Episode 5 – "CeCe Crashes")** | |
| | **Clip1: 8:33 – 8:42** | |
| | **Clip2:  9:02 – 9:14** | |

**16. SHE KISSES HER ROOMMATE—BEN/NICK—PASSIONATELY –**
**Ben/Nick is the pessimist, bartender roommate who falls for Greer/Jess. They share a passionate kiss. Their love interest is a subplot that carries on throughout the entire arc of both stories.**

In *Square One:* Ben, the **pessimist roommate**, is the first to **kiss** Greer.

In *New Girl:* Nick, the **pessimist roommate**, is the first to **kiss** Greer.

In *both* stories: Ben/Nick is the **pessimist, bartender** roommate who **falls for Greer/Jess**. **They share a passionate kiss**. **Their love interest is a subplot** that carries on throughout the entire arc of both stories.

| | | |
|---|---|---|
| **SCRIPT:** | *Square One* **(2008) p.114** | Note: (2007) p.114 |
| **VIDEO:** | **20:33 – 21:07** | |

**17. THE SAME SONG IS PLAYED DURING BREAKUPS -**
**The song "You Shook Me All Night Long" is played after Greer and Nick break up with their exes. Each also signify new beginnings—Greer moving in with the 3 bachelors at the pad; and Nick moving back in with the 3 roommates at the pad.**

In *Square One:* The song "**You Shook Me All Night Long**" by **AC/DC** plays in a pivotal scene which **marks the end** of Greer's relationship with her ex Spencer.

In *New Girl:* The song "**You Shook Me All Night Long**" by **AC/DC** plays in a pivotal scene which **marks the end** of Nick's relationship with his ex Caroline.

In *both* stories: The song is **played after their breakups with their exes**. Each also **signify new beginnings**—Greer moving in with the 3 bachelors at the pad; and Nick moving back in with the 3 roommates at the pad.

**SCRIPT:** *Square One* **(2006) p.1**
**VIDEO:** *New Girl* **(Season 1: Episode 24 – "See Ya")**
 **Clip1: 20:35 – 21:53**