FILED
CLERK, U.S. DISTRICT COURT

AUG 26, 2014

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_\_PMC\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

STEPHANIE COUNTS;
*and*
SHARI GOLD
    *Plaintiffs*

V.

ELIZABETH MERIWETHER ET AL.
    *Defendants*

No.: 2:14-CV-00396

**The Honorable Stephen V. Wilson**

*Stipulation to Move Hearing Date*

Complaint Filed: Jan. 16, 2014

# ORDER

AND NOW, in consideration of Plaintiffs' and Defendants' stipulation, it is ORDERED and DECREED, that the hearing pertaining to Defendants' Motion to Dismiss will be held on October 6, 2014, at 1:30 p.m.

*****

BY THE COURT

*/s/ Stephen V. Wilson*

THE HONORABLE STEPHEN WILSON

DATED: August 26, 2014