UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE COUNTS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ELIZABETH MERIWETHER, et al.,<br><br>Defendants. | Case No.: 14-CV-000396-SVW-CW<br><br>Assigned to Hon. Stephen V. Wilson<br><br>**JUDGMENT**<br><br>Complaint Filed: January 16, 2014 |

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA2469048.1
202894-10020

JUDGMENT

Pursuant to the Court's Order dated December 30, 2015 granting the Motion for Summary Judgment submitted by defendants Twenty-First Century Fox, Inc., Fox Entertainment Group, Inc., Twentieth Century Fox Film Corporation, Twentieth Television, Inc., Twentieth Century Fox Home Entertainment, LLC, Twentieth Century Fox Int'l Television, Inc., Fox Networks Group, Inc., Fox Broadcasting Company, Fox Television Stations, Inc., Fox International Channels (US), Inc., erroneously sued as Fox International Channels, Inc., Elizabeth Meriwether, Elizabeth Meriwether Pictures, Jacob Kasdan, Brett Baer, David Finkel, American Nitwits, Peter Chernin, The Chernin Group, LLC, Chernin Entertainment, LLC, and William Morris Endeavor Entertainment, LLC (collectively, "Defendants"),

IT IS HEREBY ORDERED AND ADJUDGED AND DECREED that judgment is entered in favor of Defendants in the above-captioned action. Plaintiffs Stephanie Counts and Shari Gold shall take nothing against Defendants. This action is dismissed on the merits and Defendants shall recover costs from Plaintiffs.

Dated: 1/13/16

Hon. Stephen V. Wilson
United States District Court for the
Central District of California

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA2469048.1
202894-10020

1

JUDGMENT