FILED
CLERK, U.S. DISTRICT COURT
March 24, 2016
CENTRAL DISTRICT OF CALIFORNIA
BY: CR DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE COUNTS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ELIZABETH MERIWETHER, et al., <br><br> Defendants. | Case No.: 14-CV-000396-SVW-CW <br><br> Assigned to Hon. Stephen V. Wilson <br><br> **AMENDED JUDGMENT** <br><br><br> Complaint Filed: January 16, 2014 |

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA2481937.1
202894-10020

AMENDED JUDGMENT

Pursuant to the Court's Order dated December 30, 2015 granting the Motion for Summary Judgment submitted by defendants Twenty-First Century Fox, Inc., Fox Entertainment Group, Inc., Twentieth Century Fox Film Corporation, Twentieth Television, Inc., Twentieth Century Fox Home Entertainment, LLC, Twentieth Century Fox Int'l Television, Inc., Fox Networks Group, Inc., Fox Broadcasting Company, Fox Television Stations, Inc., Fox International Channels (US), Inc., erroneously sued as Fox International Channels, Inc., Elizabeth Meriwether, Elizabeth Meriwether Pictures, Jacob Kasdan, Brett Baer, David Finkel, American Nitwits, Peter Chernin, The Chernin Group, LLC, and Chernin Entertainment, LLC (collectively the "Fox Defendants"), along with William Morris Endeavor Entertainment, LLC ("WME") (the Fox Defendants and WME are collectively referred to as "Defendants"), the Court's February 26, 2016 order on Defendants' Bills of Costs, and the Court's March 9, 2016 Order Granting Defendants' Motions for Attorney's Fees,

IT IS HEREBY ORDERED AND ADJUDGED AND DECREED that judgment is entered in favor of Defendants in the above-captioned action. This action is dismissed on the merits. Plaintiffs Stephanie Counts and Shari Gold shall take nothing against Defendants. The Fox Defendants shall recover costs of $7,967.52 and fees of $548,772.77 from Plaintiffs. WME shall recover costs of $1,716.08 and fees of $220,063.75 from Plaintiffs.

Dated: March 24, 2016

_____
Hon. Stephen V. Wilson
United States District Court for the
Central District of California

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA2481937 1
202894-10020

1

AMENDED JUDGMENT