DAVID GROSSMAN (SBN 211326)
dgrossman@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067
Telephone: 310.282.2000
Facsimile: 310.282.2200

JONATHAN ZAVIN
(Admitted Pro Hac Vice)
jzavin@loeb.com
LOEB & LOEB LLP
345 Park Ave.
New York, NY 10154
Telephone: 212-407-4161
Facsimile: 212-658-9105

Attorneys for The Fox Defendants, The Meriwether Defendants, the Chernin Defendants, American Nitwits and Kasdan

MICHAEL J. KUMP (SBN 100983)
mkump@kwikalaw.com
GREGORY P. KORN (SBN 205306)
gkorn@kwikalaw.com
KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 Wilshire Blvd., 3rd Floor
Santa Monica, CA 90401
Telephone: 310.566.9800
Facsimile: 310.566.9850

Attorneys for Defendant William Morris Endeavor Entertainment, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE COUNTS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ELIZABETH MERIWETHER, et al., <br><br> Defendants. | Case No.: 14-CV-000396-SVW-CW <br><br> Assigned to Hon. Stephen V. Wilson <br><br> **SATISFACTION OF JUDGMENT** |

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional Corporations

11037119.1
202894-10020

SATISFACTION OF JUDGMENT

**WHEREAS**, judgments were entered in the above-referenced action in favor of the above-named Defendants Twentieth Century Fox Film Corporation; Twenty-First Century Fox, Inc., Fox Entertainment Group, Inc., Twentieth Century Fox Television, Inc., Twentieth Television, Inc., Twentieth Century Fox Home Entertainment, LLC, Twentieth Century Fox Int'l Television, Inc., Fox Networks Group, Inc., Fox Broadcasting Company, Fox Television Stations, Inc., Fox International Channels (US), Inc., erroneously sued as Fox International Channels, Inc., and Fox Digital Media, erroneously sued as it is a non-existent entity, Elizabeth Meriwether, Elizabeth Meriwether Pictures, Jacob Kasdan, Brett Baer, David Finkel, American Nitwits, Peter Chernin, The Chernin Group, LLC, and Chernin Entertainment, LLC (collectively the "Fox Defendants"), along with William Morris Endeavor Entertainment, LLC ("WME") (the Fox Defendants and WME are collectively referred to as "Defendants") and against Plaintiffs Stephanie Counts (a/k/a Stephanie Count-Skinner) and Shari Gold (a/k/a Sharon Gold) in the above-entitled action on the following dates and described as follows:

January 13, 2016 – Judgment

March 24, 2016 – Amended Judgment

November 15, 2016 – Further Amended Judgment

Defendants acknowledge full satisfaction of said judgments and desire to release the judgments and hereby fully and completely satisfy the same.

Defendants also certify that there are no current executions with any Sheriff or Marshall.

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

11037119.1
202894-10020

1

SATISFACTION OF JUDGMENT

1     **THEREFORE**, full and complete satisfaction of said judgment is hereby
2 acknowledged, and the Clerk of the Court is hereby authorized and directed to make
3 an entry of the full and complete satisfaction on the docket of said judgment.

Dated: December 30, 2016

LOEB & LOEB LLP
JONATHAN ZAVIN
DAVID GROSSMAN

By:     */s/ David Grossman*
      David Grossman
      Attorneys for the Fox Defendants,
      the Meriwether Defendants, the
      Chernin Defendants, American
      Nitwits and Kasdan

Dated: December 30, 2016

KINSELLA WEITZMAN ISER KUMP &
  ALDISERT LLP
MICHAEL J. KUMP
GREGORY P. KORN

By:     */s/ Michael J. Kump*
      Michael J. Kump
      Gregory P. Korn
      Attorneys for Defendant William Morris
      Endeavor Entertainment, LLC

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

11037119.1
202894-10020

2

SATISFACTION OF JUDGMENT